UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMUEL BOWENS : NO. 3:02CV00400(CFD)
  :  3:03CV400(CFD)
VS. :
  :
MARK STRANGE, ET AL. : AUGUST 21, 2003

## MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter respectfully move this Court to order that the plaintiff file a more definite statement of the allegations against them. Specifically, the defendants seek a more definite statement of the allegations plaintiff seeks to make as to their conduct in order to allow them to determine the appropriate defenses and in order for them to be able to respond to the complaint, all as set forth more fully in the attached Memorandum of Law.

DEFENDANTS,
Mark Strange, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

---

DENIED. The Plaintiff's complaint is not "so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." Fed. R. Civ. P. 12(e). In making this conclusion, the Court has considered the Defendants' arguments concerning qualified immunity and other possible defenses. So ordered.

Christopher F. Droney
United States District Judge
10/22/03