FILED

2003 OCT 22 P 2: 30

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL BOWENS | : | NO. 3:03CV400 (CFD) |
| VS. | : | |
| MARK W. STRANGE, ET AL | : | OCTOBER 20, 2003 |

## MOTION FOR EXTENSION OF TIME

The plaintiff, SAMUEL BOWENS, respectfully requests an extension of time of sixty (60) days, up to and including January 16, 2004, to comply with Defendants' First Set of Interrogatories and Production Requests, dated October 17, 2003.

In support of this motion, the plaintiff represents as follows:

1. He was served with Defendants' Interrogatories and Requests for Production through counsel on or about October 18, 2003.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. On October 20, 2003, Attorney Lynn Wittenbrink, attorney for the defendants, was contacted regarding her position on this motion. She did not object to this request for an extension of time.

4. This is the plaintiff's first request for an extension of time to respond to defendant's Interrogatories and Request for Production.

5. No trial date has been set in this matter.

THE PLAINTIFF
SAMUEL BOWENS

BY: _____
JOHN R. WILLIAMS
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203)776-9494
Fed Bar No. ct00215

His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 20th of October, 2003, to the following counsel of record:

Attorney Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
JOHN R. WILLIAMS

2