FILED

2003 NOV -6 A 11: 46

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMUEL BOWENS : NO. 3:02CV00400(CFD)
:
VS. :
:
MARK STRANGE, ET AL. : NOVEMBER 5, 2003

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter respectfully move this Court for a thirty-day extension of time within which to file a pleading responsive to the plaintiff's complaint, up to and including December 12, 2003. In support of this motion, the defendants represent as follows:

1. This is the first motion for an extension of time to file a responsive pleading since this Court's ruling on the defendants' motion for a more definite statement;

2. The undersigned counsel is attempting to attend to numerous cases at this point in time, making more timely response most difficult;

3. The undersigned counsel will be out of town next week to visit an ill family member; and

4. The undersigned counsel attempted to contact plaintiff's counsel in order to determine plaintiff's position on this matter, and left a message, but has not yet heard back from him.

DEFENDANTS,
Mark Strange, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 5th day of November, 2003:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


_____
Lynn D. Wittenbrink
Assistant Attorney General