FILED
2003 NOV -3 P 12:39
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Samuel Bowens | : | CIVIL NO. |
| | | 3:03cv400(CFD) |
| v. | : | |
| Mark W. Strange, et al | : | October 31, 2003 |

## MOTION FOR SECURITY FOR COSTS

The defendants in this matter hereby move this Court for an order directing the plaintiff, Samuel Bowens, to post a bond as security for costs in the amount of five hundred ($500) dollars in this matter pursuant to Rule 8(a) of the Local Rules of Civil Procedure

DEFENDANTS
Mark W. Strange, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of October 2003:

John R. Williams
51 Elm St.
New Haven, CT
06510

Lynn D. Wittenbrink
Assistant Attorney General