UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



Samuel Bowens

V.                                    Case Number: 3:03cv400 (CFD)

Mark W. Strange, et al

ORDER RE: SECURITY BOND
-------------------------

The defendant(s):

        Mark W. Strange, et al

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at Hartford, Connecticut, November 10, 2003.

                        KEVIN F. ROWE, CLERK

                        By: /s/ Barbara Grady
                           Barbara Grady
                           Deputy Clerk