#20

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL BOWENS | : | NO. 3:02CV00400(CFD) |
| VS. | : | 03 |
| MARK STRANGE, ET AL. | : | NOVEMBER 5, 2003 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING



GRANTED, absent objection.
[signature] U.S.D.J.
Hartford, CT

The defendants in the above-captioned matter respectfully move this Court for a thirty-day extension of time within which to file a pleading responsive to the plaintiff's complaint, up to and including December 12, 2003. In support of this motion, the defendants represent as follows:

1. This is the first motion for an extension of time to file a responsive pleading since this Court's ruling on the defendants' motion for a more definite statement;

2. The undersigned counsel is attempting to attend to numerous cases at this point in time, making more timely response most difficult;

3. The undersigned counsel will be out of town next week to visit an ill family member; and

4. The undersigned counsel attempted to contact plaintiff's counsel in order to determine plaintiff's position on this matter, and left a message, but has not yet heard back from him.