

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL BOWENS | : | NO. 3:02CV00400(CFD) |
| VS. | : | |
| MARK STRANGE, ET AL. | : | DECEMBER 9, 2003 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter respectfully move this Court for a thirty-day extension of time within which to file a pleading responsive to the plaintiff's complaint, up to and including January 11, 2003.  In support of this motion, the defendants represent as follows:

1.      This is the second motion for an extension of time to file a responsive pleading since this Court's ruling on the defendants' motion for a more definite statement;

2.      The undersigned counsel is attempting to attend to numerous cases at this point in time, making more timely response most difficult.  In addition, she has been traveling a good portion of the last month due to the illness and death of a family member; and

3.      The undersigned counsel attempted to contact plaintiff's counsel in order to determine plaintiff's position on this matter, and left a message, but has not yet heard back from him.

GRANTED.  It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT