FILED

2003 DEC 23 P 12:50



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL BOWENS<br>*Plaintiff,* | : | NO. 3:02CV0400(CFD) |
| VS. | : | |
| MARK STRANGE, ET AL.<br>*Defendants.* | : | DECEMBER 22, 2003 |

### MOTION FOR SUMMARY DISMISSAL

Pursuant to Rule 8 3.3 of the Local Rules of Civil Procedure for the District of Connecticut, the defendants move that the above captioned matter be dismissed for failure to post security for costs as ordered by the court on December 5, 2001.

DEFENDANTS,
Mark Strange, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar No. ct08575
E-mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion was sent by first-class mail, postage prepaid this 22d day of December, 2003, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm St., Suite 409
New Haven, CT
06510

Lynn D. Wittenbrink
Assistant Attorney General