UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 13  A 11: 24
U.S. DISTRICT COURT
HARTFORD, CT.

SAMUEL BOWENS
    Plaintiff,

v.      Civil Action No. 3:03 CV 400(CFD)

MARK STRANGE, ET AL
    Defendants.

### ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause by **January 30, 2004** why the Court should not grant the defendants' Motion for Summary Dismissal [Doc. #26] in the above captioned case.

SO ORDERED this __13th__ day of January 2004, at Hartford, Connecticut.

---
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1