FILED

2004 JAN 12 P 2:1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT HARTFORD, CT.

| | | |
|---|---|---|
| SAMUEL BOWENS | : | NO. 3:02CV00400(CFD) |
| VS. | : | |
| MARK STRANGE, ET AL. | : | JANUARY 9, 2004 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter respectfully move this Court for a thirty-day extension of time within which to file a pleading responsive to the plaintiff's complaint, up to and including February 11, 2004. In support of this motion, the defendants represent as follows:

1.    On November 3, 2003, the defendants in this matter moved for Security for Costs in the amount of $500. On November 10, 2003, this Court granted the motion, ordering the plaintiff to provide security for costs in the amount of $500. Since that time, the plaintiff has failed to post such a security. On December 23, 2003, the defendants moved for summary dismissal, which motion is currently pending before this Court. It would be preferable to have the Motion for Summary Dismissal resolved before the parties spend time and resources addressing this matter further.

2. This is the third motion for an extension of time to file a responsive pleading since the Court's ruling on defendants' Motion for a More Definite Statement, but the first motion for an extension of time since the Motion for Summary Dismissal was filed.

3. The undersigned counsel attempted to contact plaintiff's counsel in order to determine plaintiff's position on this matter, and left a message, but has not yet heard back from him.

DEFENDANTS,
Mark Strange, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 9th day of January, 2004:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Lynn D. Wittenbrink
Assistant Attorney General