

FILED

2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL BOWENS | : | NO. 3:02CV00400(CFD) |
| VS. | : | |
| MARK STRANGE, ET AL. | : | JANUARY 9, 2004 |



## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter respectfully move this Court for a thirty-day extension of time within which to file a pleading responsive to the plaintiff's complaint, up to and including February 11, 2004. In support of this motion, the defendants represent as follows:

1. On November 3, 2003, the defendants in this matter moved for Security for Costs in the amount of $500. On November 10, 2003, this Court granted the motion, ordering the plaintiff to provide security for costs in the amount of $500. Since that time, the plaintiff has failed to post such a security. On December 23, 2003, the defendants moved for summary dismissal, which motion is currently pending before this Court. It would be preferable to have the Motion for Summary Dismissal resolved before the parties spend time and resources addressing this matter further.