UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMUEL BOWENS | : |
| VS. | : NO. 3:03CV400(CFD) |
| MARK STRANGE, ET AL. | : JANUARY 26, 2004 |

MOTION FOR EXTENSION OF TIME
TO RESPOND TO ORDER TO SHOW CAUSE

The plaintiff respectfully moves that it be granted an extension of time until February 9, 2004, to respond to this court's order to show cause. In support of this motion, he represents as follows:

1. Mr. Bowens, as a recently-discharged prison inmate, is impoverished. He has been desperately attempting to gather together enough money to post the bond ordered by this court. He had hoped to have the funds available by this date, but so far has not been able to do so. We respectfully request a brief additional period of time to try to resolve this matter. It would be tragic were he to be denied an opportunity to litigate important constitutional questions simply because of his poverty.

        THE PLAINTIFF

BY_____
        John R. Williams
        Norman A. Pattis
        Williams and Pattis, LLC
        51 Elm Street, Suite 409
        New Haven, CT 06510
        203.562.9931
        FAX: 203.776.9494
        Federal Bar No. ct13120
        His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on January 27, 2004, to the following counsel of record:

Attorney Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Norman A. Pattis