32

*Granted, nunc pro tunc. SO ORDERED.*
*/s/ 2/10/04*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMUEL BOWENS                :

VS.                          : NO. 3:03CV400(CFD)

MARK STRANGE, ET AL.         : JANUARY 26, 2004

### MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

The plaintiff respectfully moves that it be granted an extension of time until February 9, 2004, to respond to this court's order to show cause. In support of this motion, he represents as follows:

1. Mr. Bowens, as a recently-discharged prison inmate, is impoverished. He has been desperately attempting to gather together enough money to post the bond ordered by this court. He had hoped to have the funds available by this date, but so far has not been able to do so. We respectfully request a brief additional period of time to try to resolve this matter. It would be tragic were he to be denied an opportunity to litigate important constitutional questions simply because of his poverty.