## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SAMUEL BOWENS                     :        NO. 3:02CV0400(CFD)
    *Plaintiff,*              :
                              :
    VS.                       :
                              :
MARK STRANGE, ET AL.             :
    *Defendants.*             :        DECEMBER 22, 2003

### MOTION FOR SUMMARY DISMISSAL

Pursuant to Rule 8 3.3 of the Local Rules of Civil Procedure for the District of

Connecticut, the defendants move that the above captioned matter be dismissed for failure to

post security for costs as ordered by the court on December 5, 2001.

> DEFENDANTS,
> Mark Strange, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _Lynn D. Wittenbrink_
> Lynn D. Wittenbrink
> Assistant Attorney General
> 110 Sherman Street
> Hartford, Connecticut  06105
> Tel. (860) 808-5450
> Federal bar No. ct08575
> E-mail:  lynn.wittenbrink@po.state.ct.us

DENIED as MOOT, in light of the plaintiff's posting security for costs. So ordered.

Christopher F. Droney
United States District Judge
02/17/04