## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Samuel Bowens | : | CIVIL NO. |
| | | 3:03cv400(CFD) |
| v. | : | |
| Mark W. Strange, et al | : | August 2, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for a forty-five day extension of time, up to and including September 15, 2004, within which to file their Motion for Summary Judgment in this lawsuit alleging improper medical care.  In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of this deadline that has been filed in this matter;

2. The undersigned counsel has been extremely busy; and

3. The undersigned counsel attempted to contact Attorney John Williams for the plaintiff in order to determine his position with regard to this motion.  She was informed that Attorney Williams had commenced his August vacation, and that perhaps Attorney Pattis would get back to her.  Thus far, the undersigned counsel has not been able to determine plaintiff's position with regard to this motion.

DEFENDANTS
Mark Strange, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   __/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class postage prepaid to the following on this 2d day of August 2004:

John R. Williams
Williams & Pattis
51 Elm St.
New Haven, CT  06510

                                                              /s/
                                                           Lynn D. Wittenbrink
                                                           Assistant Attorney General