## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Samuel Bowens : CIVIL NO.
3:03cv400(CFD)

       v. :

Mark W. Strange, et al : September 14, 2004

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for a forty-five day extension of time, up to and including October 15, 2004, within which to file their Motion for Summary Judgment in this lawsuit alleging improper medical care. In support of this motion, the defendants represent the following:

1.    This is the second motion for an extension of this deadline that has been filed in this matter;

2.    The undersigned counsel has been extremely busy and injured her back which has slowed her down; and

3.    The undersigned counsel attempted to contact Attorney John Williams for the plaintiff in order to determine his position with regard to this motion but was not been able to determine plaintiff's position with regard to this motion.

DEFENDANTS
Mark Strange, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    ___/s/_____
       Lynn D. Wittenbrink
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08575
       lynn.wittenbrink@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class postage prepaid to the

following on this 14th day of September 2004:


John R. Williams
Williams & Pattis
51 Elm St.
New Haven, CT  06510


 ___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General