### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Samuel Bowens | : | CIVIL NO. |
| | | 3:03cv400(CFD) |
| v. | : | |
| Mark W. Strange, et al | : | October 15, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter respectfully move for a one week extension of time, up to and including October 22, 2004, within which to file their Motion for Summary Judgment in this lawsuit alleging improper medical care. In support of this motion, the defendants represent the following:

1. This is the third motion for an extension of this deadline that has been filed in this matter;

2. The undersigned counsel has been extremely busy and this matter includes a medical record in excess of 400 pages. The filing is nearly completed, but has taken even longer than expected and one week would enable counsel to complete the motion, affidavits, the Memorandum of Law and the other exhibits.

3. The undersigned counsel attempted to contact Attorney John Williams for the plaintiff in order to determine his position with regard to this motion but was not been able to determine plaintiff's position with regard to this motion.

                    DEFENDANTS
                    Mark Strange, et al

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


BY:       /s/_____
           Lynn D. Wittenbrink
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Federal Bar #ct08575
           lynn.wittenbrink@po.state.ct.us
           Tel: (860) 808-5450
           Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed first class postage prepaid to the following on this 15th day of October 2004:

John R. Williams  
Williams & Pattis  
51 Elm St.  
New Haven, CT  06510

                                        _____/s/_____  
                                        Lynn D. Wittenbrink  
                                        Assistant Attorney General