## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Samuel Bowen | : | 3:03CV0400(CFD) |
| v. | : | |
| John Armstrong, et al | : | October 20, 2004 |

## MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move for summary judgment in their favor as there is no genuine issue of material fact and the Court can find as a matter of law that the defendants did not exhibit deliberate indifference. In support of this motion, the defendant provides a Memorandum of Law, exhibits, Affidavits, and a Statement of Material Facts Not in Dispute.

DEFENDANT,
John Armstrong
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.  (860) 808-5450
Fax No. (860) 808-5450
lynn.wittenbrink@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of October 2004:

John Williams, Esq.
Williams & Pattis
51 Elm St., Suite 409
New Haven, CT
06510

\_\_/s/_____
Lynn D. Wittenbrink
Assistant Attorney General