**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAMUEL BOWEN | : | NO. 3:03CV400(CFD) |
| | : | |
| VS. | : | |
| | : | |
| MARK STRANGE, ET AL. | : | OCTOBER 20, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **MARK STRANGE, ET AL.**, have manually filed the following documents:

1. Exhibit A – RT Screens;
2. Exhibit C – Plaintiff's Responses to Defendants' Interrogatories and Request for Production;
3. Exhibit D – Medical Records;

These documents have been filed electronically because:

[ X ]  Medical Records – manual filing only is ordered.
[ X ]  The documents cannot be converted to an electronic format.
[   ]  The electronic file size of the document exceeds 1.5 megabytes.
[   ]  The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

        Respectfully submitted,
        DEFENDANTS,
        Mark Strange, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        BY:__/s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        Federal Bar No. ct08575
        110 Sherman Street
        Hartford, CT 06105
        Telephone No. (860) 808-5450
        Fax no. (860) 808-5591
        lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 20th day of October, 2004 to:

John R. Williams, Esq.  
Norman A. Pattis, Esq.  
Williams and Pattis, LLC  
51 Elm Street, Suite 409  
New Haven, CT  06510

 

    /s/_____  
Lynn D. Wittenbrink  
Assistant Attorney General