1

```
1                  UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
2


3


4    * * * * * * * * * * * * * *
     SAMUEL BOWENS,              )
5                                )
                 Plaintiff,      )
6                                )    Civil Action No.
        -vs-                     )    3:03CV400 (CFD)
7    MARK STRANGE, et al.,       )
                                 )
8                 Defendants.    )
     * * * * * * * * * * * * * *
9


10


11


12


13          Deposition of SAMUEL BOWENS, taken before
     Bethany A. Carrier, a Court Reporter and Notary Public
14   within and for the State of Connecticut, pursuant to
     Notice and the Federal Rules of Civil Procedure, at the
15   Office of the Attorney General, 110 Sherman Street,
     Hartford, Connectiuct, taken on February 3, 2004,
16   commencing at 10:47 a.m.

17


18


19


20


21


22


23              Bethany A. Carrier, LSR 071
24          Brandon Smith Reporting Service
                   44 Capitol Avenue
25           Hartford, Connecticut  06106
```

2

1                    A P P E A R A N C E S

2
    Representing the Plaintiff:
3
    WILLIAMS AND PATTIS, LLC
4   51 Elm Street
    New Haven, Connecticut  06510
5       By:  ELIZABETH BROOKS, ESQ.

6

7

8
    Representing the Defendants:
9
    OFFICE OF THE ATTORNEY GENERAL
10  110 Sherman Street
    Hartford, Connecticut  06105
11      By:  LYNN D. WITTENBRINK, ESQ.
             KATHLEEN KEATING, ESQ.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              S T I P U L A T I O N S

2

3        It is stipulated by counsel for the parties that

4   all objections are reserved until the time of trial,

5   except those objections as are directed to the form of

6   the question.

7

8        It is stipulated and agreed between counsel for

9   the parties that the proof of the authority of the

10  commissioner before whom this deposition is taken is

11  waived.

12

13       It is further stipulated that any defects in the

14  notice are waived.

15

16       It is further stipulated that the deposition may

17  be signed before any notary public.

18

19

20

21

22

23

24

25

4

```
1                       I N D E X

2    WITNESS                   DIRECT          CROSS

3    Samuel Bowens                5              --

4

5                    DEFENDANTS' EXHIBITS
                      (For Identification)
6
     EXHIBIT                                    PAGE NO.
7
        1            Interrogatory responses.      22
8
        2            Document.                      52
9
        3            Movement screen.               52
10

11

12
     ** Reporter's Note:  Exhibits retained by counsel.
13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

```
 1                    (The deposition commenced at 10:47 am.)

 2

 3                    SAMUEL BOWENS, Deponent, of 203 Farren

 4    Avenue, New Haven, Connecticut 06913, being first duly

 5    sworn by Bethany A. Carrier, a Notary Public within and

 6    for the State of Connecticut, was examined, an

 7    testified on his oath as follows:

 8

 9                        DIRECT EXAMINATION

10

11    BY MS. WITTENBRINK:

12        Q    Mr. Bowens, my name is Lynn Wittenbrink.  I'm

13    an Assistant Attorney General for the state of

14    Connecticut.  Before I start asking you questions, I'm

15    just going to talk about the deposition procedure with

16    you a little bit.

17                You need to answer audibly so that she can

18    hear and you need to answer without nodding or shaking

19    your head because the court reporter can't take that

20    down.  Sometimes in conversation we tend to anticipate

21    a person's question and start answering before they're

22    finished.  But in a deposition, I have to get out my

23    whole question and hopefully I'll let you get out your

24    whole answer so our words aren't running over each

25    other.
```

1              If you don't understand a question, you need

2    to tell me because if you go ahead and answer the

3    question I'm going to assume that you understood it.

4         A    Okay.  That's fine.

5         Q    If you want to take a break, just let us know

6    for any reason.  If there is a question that I've just

7    asked you, I prefer that you wait to take your break

8    until you've already answered the question.

9         A    Okay.

10        Q    All right.  Your name is Samuel Bowens?

11        A    Yes.

12        Q    Have you ever been known by any other

13   names?

14        A    No.  No.  Just Samuel.  That's my name.

15        Q    Do you have a middle name?

16        A    No.  They just all call me Sam or Sammy.

17        Q    And you're not junior or anything like

18   that?

19        A    Oh, yes, ma'am.  I'm Samuel Bowens, Junior.

20   I don't use the junior, but I am junior.

21        Q    And what's your current address?

22        A    203 Farren Avenue.

23        Q    Can you spell that, please?

24        A    F-A-R-R-E-N.

25        Q    E-N?

1         A    E-N.

2         Q    In New Haven?

3         A    Yes.

4         Q    How long have you been at that address?

5         A    Since I was released from incarceration.  Two

6    years.  Possibly two years.

7         Q    Do you live alone?

8         A    No.  I live with my son's mother and my

9    son.

10        Q    And what are their names?

11        A    I have a son.  Samuel Bowens the third and

12   her name is Clemecia West.

13        Q    We'll get the spelling of that later.

14             Sir, what is your Social Security number?

15        A    ███████████ .

16        Q    I'm sorry, could you repeat that?

17        A    ████████████████████████████████ .

18        Q    I'm going to show you what is a -- well, I'll

19   show you.  Do you recognize this document?  It's

20   Plaintiff's Responses to Defendants' Interrogatories.

21        A    I can't see too good, but I'll -- I don't

22   have my glasses on.

23        Q    Do you own glasses, sir?

24        A    I have a pair, just reading glasses.  This

25   eye is dead.  I don't see anything with it.  But this

8

1    eye here I can make out a little bit.

2        Q    Did you bring your reading glasses?

3        A    No, I didn't.  They broke.  Broke them.

4        Q    How well can you see that piece of paper,

5    sir?

6        A    I can see it not too bad.

7        Q    Do you recognize what that is?  Can you read

8    the title out loud, please?

9        A    Yes.  United States District Court, District

10   of Connecticut, Samuel Bowens, Plaintiff, civil

11   number --

12       Q    You don't have to -- can you read where it

13   says the title where it's underlined?

14       A    Right here.  Plaintiff's Response to

15   Defendants' --

16       Q    -- Interrogatories?

17       A    -- Interrogatories and Request For

18   Production.

19       Q    Okay.  Do you remember filling that out with

20   your attorney where there were some written questions

21   and you provided some written answers?

22       A    Yes, I might have.

23       Q    You don't have any --

24      A    I don't remember.  It's been so far back.

25    Things come and go.  But I did -- I did some work with

9

1    Mr. Williams.

2        Q    Do you have --

3        A    Some papers.

4        Q    I'm sorry, were you finished?

5        A    I did some work with Mr. Williams on some

6    paperwork there.  It was a brief session that we had,

7    you know?

8            MS. BROOKS:  I don't want you to say

9    anything that was stated between you and your

10   attorneys, okay?

11           THE WITNESS:  All right.

12       A    I filled out some papers, yes.  I signed some

13   papers.

14   BY MS. WITTENBRINK:

15       Q    Was that last month?

16       A    Last month?

17       Q    Yes, sir.

18       A    No.

19       Q    Do you have a problem with memory, sir?

20       A    Not really.

21       Q    Have you ever --

22       A    Sometimes I -- well, sometimes I forget

23   things.  I was hit in the head a long time ago and I

24    had injuries and I had seizures a long time ago, but

25    that's gone now.


10


1          Q     Now, is your memory about as good as anyone

2     else's your age?

3          A     Pretty good.  I would think so, yeah.

4          Q     Are you on any medication today?

5          A     No.  Not -- just aspirin.

6          Q     And that's for your heart?

7          A     Yes.

8          Q     Have you been prescribed any medicine that

9     you're not taking?

10         A     No.

11         Q     Okay.  So you're not prescribed any medicine

12    for any reason at this point in time?

13         A     No.  I had medication when I came out of the

14    corrections department.  That was for just eyedrops for

15    this eye here.

16         Q     For your right eye?

17         A     Yes, ma'am.  For glaucoma.

18         Q     And you don't take that anymore?

19         A     Yes, I take the eyedrops.  That's all.

20         Q     What's the name of the eyedrops?

21         A     Teravon.

22         Q     Teravon?

23        A    Teravon, yes.

24        Q    I'm kind of getting ahead of myself a little

25    bit here but let's just nail down the medication.


11


1    Teravon is what the Department of Corrections

2    prescribed for you while you were incarcerated?

3        A    Yes.  Yes.

4        Q    At least at the time of your discharge?

5        A    They didn't give me anything for my

6    discharge.  That was the medicine I had when I left

7    there.  When I was discharged, excuse me, they didn't

8    give me anything.

9        Q    Right.  But that was what you were on before

10    you were discharged?

11        A    Right.  When I was incarcerated that's what

12    they put me on for my glaucoma that they said that I --

13    that they had diagnosed me having glaucoma.  But then

14    they had also diagnosed me as an optical nerve injury

15    which they said my optical nerve was severely damaged

16    in my left eye and they gave me nothing for that.  They

17    told me they needed to get the pressure down before

18    they could -- they were going to do laser surgery on

19    it, Dr. Serafini had told me.  So I was treated like

20    for three weeks and they told me I was to be brought

21    back to UConn for --

22        Q    Okay.  Sir, I'm going to interrupt you even

23    though I promised I wouldn't.  I want to just ask some

24    preliminary questions right now about medications that

25    you're on and that you were prescribed and I'm going to

12

1     let you talk about the story that's the subject of this

2     lawsuit in a little while.  All right?

3          A    All right.

4          Q    So you were prescribed Teravon?

5          A    Right.

6          Q    Before you were discharged?

7          A    Right.  And the heart -- I was taking heart

8     pills.

9          Q    What were the heart pills?

10         A    The little small white -- about this big.

11         Q    Glycerin?

12         A    Yes.  Nitro.

13         Q    Nitroglycerin?

14         A    Yes, that's what it was.

15         Q    And you were taking that while you were

16    incarcerated?

17         A    Yes, ma'am.

18         Q    And you don't take that anymore?

19         A    No.

20         Q    Is there a reason you don't take that

21    anymore?

22        A    I just don't -- I just take aspirin now.

23    They tell me to take -- well, the doctor that I had

24    told me to take the aspirin.  I went to Yale Hospital

25    and they told me every morning take an aspirin.  And

13

1    they wanted to put a dye something in me, but I refused

2    that while I was there.  Some kind of I forget what

3    they call it.  They put it in your stomach, in your

4    veins, shoot dye in to see in your heart, because my

5    heart was scratching they were saying, but I didn't

6    sign for it.  I didn't want them to do anything.

7        Q    Why not?

8        A    Well, after the loss of my eyesight, I

9    didn't -- I didn't trust them to do anything.

10        Q    So you didn't even trust the doctors at

11    Yale?

12        A    Pardon me?

13        Q    You didn't trust the doctors at Yale?

14        A    I just -- no, I just -- wasn't really Yale.

15    Just -- I was trying to get myself back together and

16    dealing with the blindness in my eye, you know, coming

17    home and trying to raise a five-year-old son, trying to

18    get things back together, my house.  And so as far as

19    my heart is concerned, I didn't just feel like I wanted

20    to be hospitalized at the time.  I was trying to see

21    what I could do about saving this other eye and my

22    sight so I wouldn't completely be blinded all together.

23             So as far as my heart was concerned, as long

24    as I was feeling good, I felt, you know, that it wasn't

25    necessary at the time.  The doctors at UConn were the

14

1    ones that had -- was really Lawrence Memorial, I was

2    hospitalized there while I was incarcerated, and the

3    doctors there told me that they wanted to do this.  But

4    at the same time I had lost my sight.  So I didn't want

5    them doing anything for me.  If they couldn't help me

6    with my sight, I sure wasn't going to let them put

7    anything in my blood -- you know, veins, no.  So --

8         Q    Okay.  So before you left DOC you were taking

9    little small white pills that you refer to as nitro?

10        A    Right.

11        Q    And were you taking anything else besides

12   Teravon and the heart pills while you were in DOC

13   custody?

14        A    No.  Not that I remember.  I had some pink

15   pills, mostly for the heart.  High blood pressure

16   pills, excuse me, high blood pressure pills.

17        Q    Okay.  Those were pink pills that the DOC

18   gave you?

19        A    Yes.

20        Q    And do you remember what that was, what kind

21    of medicine?

22         A    No, I don't remember the name.

23         Q    And -- but you don't take them anymore?

24         A    No.

25         Q    Why not?

                                                              15

1          A    I just --

2          Q    Same reason that you said before?

3          A    I just -- I don't know.  I just feel good.  I

4    just keep myself going.  I got so much to do I don't

5    want to feel sick.  I mean, if I don't feel bad, I

6    don't complain about it.  But when I was there, most of

7    all I was going through, a lot of stress and whatnot,

8    worrying about my eyesight most of all, so I guess that

9    brought the high blood pressure and other problems that

10   I was having while I was incarcerated, because I felt I

11   was -- I don't know if this is ahead of you, but I felt

12   that I was incarcerated first of all because I pleaded

13   guilty to a program.  I threw two flower pots

14   downstairs and I was arrested for that.  I pleaded

15   guilty to an anger management program and then they let

16   me out, the prosecutor and judge told me that if I

17   plead guilty, that they'd get me an 18-month program in

18   Day Top and they're waiting for a bed.  So I was going

19   back making my court appearances.

20         Q    At Day Top?

21          A    I was making my court appearances until they

22    had found me a bed.  This is what I was to believe,

23    okay?

24          Q    A bed for anger management?

25          A    Yes.

                                                              16

1           Q    Okay.

2           A    And drugs.  Anger management and drugs.

3           Q    So you felt a lot of stress because you felt

4     you were wrongfully incarcerated?

5           A    Yes.  Because they changed -- they wouldn't

6     let me change my plea, but they changed the deal they

7     made me after I pleaded guilty and then gave me jail

8     time instead of the program.

9           Q    Who was your attorney at that point?

10          A    Sharon -- Sherry Lewis was a public defender.

11    She's the one that set me up for that.  She told me,

12    We're waiting for a bed for you.  Because I was making

13    my court appearances.  I never missed a court date and

14    whatnot.  And then the DUI, whatever they call it, the

15    kids thing and everything, they tried to make a big

16    deal out of me being in the house.

17          Q    DCF did?

18          A    Yes.  Yes.

19          Q    With your son?

20      A     Yes.  Well, they were telling her that, Ms.

21  West, that I was dangerous and this and that, and all

22  this kind of thing.  So I was going to the programs and

23  so -- that they had for me.  And they just got down

24  there and double crossed me, handcuffed me up and

25  sentenced me to two years.  I didn't understand why

                                                      17

1  because I wasn't allowed to change my plea, but they

2  changed the sentence on me.

3          I had a public defender and they all just --

4  they got together and came back out there and they -- I

5  thought something was funny because I went up to the

6  judge, I thought I was going to get a program, and when

7  I got up there the sheriffs and them coming back, you

8  know, they saying, you know, they read it off and they

9  said they would give me the two years and whatnot.  And

10  they cuffed me and told me I was being brought over to

11  the correctional department, Department of

12  Correction.

13      Q     This is when you went into jail the last

14  time?

15      A     Yes.

16      Q     And that was a violation of probation?

17      A     Yes.  That's what they called it.

18      Q     Was it stressful for you to be removed from

19  your home and your family and your son?

20      A    Yes, it was.

21      Q    And --

22      A    My son was only two, two years, two and a

23    half years old.  Very close to my kids, you know.  She,

24    Ms. West at the time, was an alcoholic and I was mostly

25    there for her.  She had four other kids in the house

18

1    also, hers, and I was like taking care of.

2      Q    Is that who you live with now, Ms. West?

3      A    Yes, I am.

4      Q    And why did they say you were dangerous?

5      A    Pardon me?

6      Q    Why were they saying that you were

7    dangerous?

8      A    Well, some years ago I had problems with my

9    first wife, domestic problems with her.

10      Q    And did they accuse you of taking drugs at

11    the same time?

12      A    No.  No.  Was nothing with drugs involved

13    with that.  She had -- her and my oldest son, my oldest

14    son was bringing his mother to her boyfriend's house

15    and dropping her off and he'd take the car and take off

16    and whatnot.  So I really had in my mind at the time to

17    hurt him.  So I was sent to the Institute of Living in

18    Hartford for six months.  And I -- my insurance ran out

19  and whatnot.  Then I went back, you know, home.  They

20  had went to Germany, so I hadn't seen my wife, my first

21  wife, hadn't seen her for like two years prior to the

22  time of her and her boyfriend wrecked my car up.  I

23  couldn't find them.  She went to Germany with my oldest

24  son.  He went to the Air Force and she went over there

25  with him.

                                                    19

 1          While she was over there got a divorce from

 2  me.  Said she didn't know my whereabouts or something.

 3  She did it through the military or whatever and got a

 4  divorce.  So I didn't even know I wasn't married

 5  anymore.  But I was looking for him for a while.

 6      Q    Why did they want to put you in a drug

 7  program?

 8      A    Pardon me?

 9      Q    Why did they want to put you in a drug

10  program?

11      A    Well, tell you the truth, she made statements

12  on me that I was taking drugs and whatnot.  At the time

13  I was sniffing cocaine once in a while.

14      Q    And your first wife made those allegations?

15      A    Pardon me?

16      Q    Your first wife made allegations?

17      A    No, my first wife -- excuse me, my first wife

18  I used to get like arrested every, like, two weeks

19    for -- they would call it like domestic violence.  It

20    would be mostly breach of peace.  I was living in

21    Wallingford then.  She would get intoxicated -- she was

22    also an alcoholic -- she would get intoxicated and she

23    would call the police, just call the police and tell

24    them, I want him out.  I want him out.

25            They come sometimes and say, You got to be

20

1    kidding.  Why don't you just leave her alone?  I said,

2    I have a family here.  I have three kids I raised being

3    there with her, you know.  I stayed there anyway and

4    took it.

5        Q    So who made allegations about the drugs?

6    Ms. Smith?

7        A    Pardon me?

8        Q    Your son's mother?  You said some woman.

9        A    Ms. West.  She had made allegations about me

10   doing drugs.  I was doing a little cocaine because I

11   used to get on a lot about her drinking.  She drinks --

12   she used to drink a half a gallon of vodka every two

13   days without a chaser or anything.  She said, Well,

14   what you talking about me for?  You do drugs.

15           Once in a while I buy me a bag, that's it,

16   but I never been in the drug game or -- like all my

17   money, nothing, just never went to like to the streets,

18    back to the streets.  I would get a bag once in a while

19    and that was it.  But it wasn't a full time thing, you

20    know.

21         Q    Okay.  Did you ever get drug treatment while

22    you were at the Department of Corrections?

23         A    No.

24         Q    They gave you any sort of treatment?

25         A    No.

21

1          Q    Any meetings, like Narcotics Anonymous or

2     anything?

3          A    No.  I went to anger management up there.  I

4     got a certificate.  I gave it to my attorney.  They

5     gave me a certificate.  And I was also told that I

6     could, you know, put in my time like to a Level 2, you

7     know, whatnot, that they would think about paroling me

8     or whatever.  Then when I come to find out on domestic

9     violence that they don't parole you out.

10         Q    They said if you got to a security Level 2?

11         A    Yes.

12         Q    We're going to go back to the medicine for a

13    minute.  Teravon --

14         A    Yes.

15         Q    -- you were taking before you were

16    discharged, right?

17         A    Yes.

18      Q    For your eyes?

19      A    Yes.

20      Q    And the little small white heart pills and

21   the pink blood pressure medicine?

22      A    Yes.

23      Q    Any other medicine that you were taking

24   within DOC?

25      A    Not that I remember, no.


                                                            22


1       Q    Okay.  And when you were discharged, did you

2    go see a doctor?

3       A    No -- yes, I did.  They sent me to -- Social

4    Security sent me to their doctor, to the eye doctor.

5       Q    And what eye doctor was that?

6       A    He's in Norwalk.  I don't know.  He works I

7    guess for the Social Security department.  Ms. Derosa,

8    something.

9       Q    I'm sorry, are you done?

10      A    Well, I don't remember her name but she was

11   the one that put me on SSI.

12      Q    Social Security disability?

13      A    Right.

14      Q    Since we had you read from this, why don't we

15   go ahead and mark it.

16

17                    (Defendants' Exhibit 1:  Marked for

18                     identification.)

19

20   BY MS. WITTENBRINK:

21        Q    Okay.  So was it a Dr. Derosa you think or

22   something like Derosa?

23        A    Well, she was more like a -- what do you call

24   it? -- a worker.

25        Q    Social worker?

                                                          23

1         A    Social worker in the department of SSI.  And

2    she made appointments and everything for me to go to

3    this doctor and whatnot to have my eyes checked.  There

4    is no reason to see -- after that, after I seen him,

5    there is no reason to see any other doctor for this eye

6    because they all had said the same thing.

7         Q    All right.  There is a doctor that you listed

8    in your responses to the questions that I sent and I

9    just want to know if that's the doctor that you saw

10   when you were out.  The pages aren't numbered, but the

11   Question 7 asks about medical treatment.  And the

12   answer is Dr. Joseph A-Y-O-U-B in North Haven.  Is

13   that --

14        A    Yes.  I seen him, too.

15        Q    So you saw more than one eye doctor?

16        A    That's right, too.  I did see him.  Sorry.  I

17    did see him.

18         Q    But he's not the doctor that you saw in

19    Norwalk?

20         A    No, no.

21         Q    So you saw a doctor in Norwalk after your

22    discharge?

23         A    Right.

24         Q    How long would you say after your

25    discharge?

                                                        24

 1         A    Three months maybe.

 2         Q    Okay.

 3         A    Two months.  Something like that.

 4         Q    All right.  And you don't remember that

 5    doctor's name or anything?

 6         A    No.  They should have it on the record

 7    because he's the one that signed it and he gave me the

 8    eye examination, took -- took picture shots of my eyes

 9    and whatnot.

10         Q    And do you know, was he an ophthalmologist?

11    Do you know what kind of doctor he was?  Or

12    optometrist?

13         A    Ophthalmologist.

14         Q    And he was the one that gave feedback to the

15    Social Security people so that you could be placed on

16    disability?

17         A    Right.  Right.

18         Q    And do you know where his office was in

19    Norwalk?

20         A    I don't remember the street.

21         Q    Okay.  But he had to fill out a form for you

22    to get Social Security disability?

23         A    Yes.  Yes, ma'am.

24         Q    And you only saw him the one time?

25         A    I seen him the one time, yes.

                                                              25

1          Q    What did he say about your right eye, if

2     anything?

3          A    Pardon me?  He said -- my right eye he said

4     was a strain, a little strain on -- they showed me a

5     picture of this here, it was black, this picture over

6     here was like gray around here and he said that's the

7     glaucoma.  He says it's bad, but it's not as bad as

8     this one because this one is dead.  He says, Well,

9     forget this eye.  He told me this eye here --

10         Q    Okay.  So you can forget the left eye, that's

11    what you were referring to?

12         A    Right.

13         Q    And when you said "this eye here," you meant

14    your right eye?

15         A    Yes.

16        Q    And what did he say?

17        A    Well, I was telling him that he took a

18   picture of it and he says that there is a shadow around

19   it.  That's the glaucoma, he says.  And he says it

20   doesn't have to -- as long as I keep it wet, that the

21   possibility that, you know, I don't necessarily -- it

22   won't get any worse, but he said the laser surgery can

23   sometimes open -- can work on it.

24        Q    Have you had any laser surgery on your right

25   eye?

                                                         26

1         A    No.

2         Q    Okay.  What did he mean keep it wet?  Did he

3    give you any drops or anything?

4         A    Yes.  At that time he gave me some -- as a

5    matter of fact, he gave me a prescription.  Excuse me,

6    I -- he did give me a prescription to get eyedrops for

7    it at that time.

8         Q    For your right eye?

9         A    Yes, ma'am.

10        Q    And do you know what kind of medicine he

11   prescribed?

12        A    This was not the Teravon.  It was different.

13   It was in a green bottle about this big.

14        Q    Okay.

15    A    Put two drops in a day, one in the morning

16  and one in the evening.

17    Q    Okay.  And did you take the whole bottle?

18    A    Pardon me?

19    Q    Did you take that whole green bottle that he

20  first prescribed for you?

21    A    Yes.

22    Q    Then did you get it refilled?

23    A    No.

24    Q    Any reason why not?

25    A    Well, I didn't have any money.  I didn't know

27

1   what -- you know, I didn't go to the social -- back to

2   Social Security.  I had to wait one month, every 30

3   days before I could get any money.  I had no income

4   coming.  Couldn't work.  I'm a roofer by trade and I do

5   a little construction work.

6     Q    I didn't hear what you said.

7     A    Roofing.

8     Q    You do roofing?

9     A    Yes.  And I keep it to a minimum, try to stay

10  on something low like a one-family house, something

11  flat I can walk on.  I don't try to work off a staging

12  like I used to, like on three-family homes.  You know,

13  the pitch is 12 --

14    Q    Is that because of your left eye?

15      A    Yes.  It's a little dangerous because, you

16   know, with me getting used to seeing out of it, when I

17   woke up in Osborn that morning when I lost my sight,

18   fully lost my sight, I felt like a heavy glob on my eye

19   and it was aching.  So I got up and went to the

20   lavatory to go to the bathroom and I happened to

21   look -- I didn't even know that I couldn't see.  I

22   happened to look in the mirror and I did like this here

23   and it was black.  So then I put my hand -- I says --

24   you know, but then I went -- I got panicked and I went

25   to the correctional officer that was on, her name was

28

1    Ms. Moody, and I asked her if I can see a doctor or

2    something, that I can't see out of my eye.

3           She said, There is nothing we can do at

4    night.

5           I said, What do you mean there is nothing we

6    can do?  So I was raising a little disturbance.  And

7    she called the brass down.  So I talked to Captain

8    Little.

9      Q    When you say "brass," you mean the

10   supervisors?

11     A    Well, he's one of the COs.  He was in charge

12   on that shift.

13     Q    Okay.

14      A    He sent an Officer Perez to take me to the

15   medical room right away and whatnot.  So when I got in

16   there, three ladies was sitting drinking coffee and

17   they asked him what did he want.  He said, Well,

18   captain sent him in here.  He lost his sight and he

19   can't see.  And it's an emergency.

20          He said, Well -- she says, Well, it's not an

21   emergency unless his heart stops.  So you take him

22   right back to his cell and tell him to put in a request

23   like anyone else.  So they brought me back.

24          So then I raised another disturbance.  Next

25   morning I talked to the warden and then they sent me

29

1   back to UConn.  And when I went there --

2      Q    Which warden did you speak with?

3      A    Warden Strange.

4      Q    You spoke with Warden Strange personally?

5      A    Yes, I did.

6      Q    We are getting a little bit ahead of

7   ourselves, okay.

8      A    Okay.

9      Q    That's all right.  It's hard not to, right?

10         I just want to talk about the doctors that

11   you've seen since you got out.  So the doctor in

12   Norwalk, did he say that they could -- that there was

13   nothing they could do about your left eye?

14          A     Yes.

15          Q     And he said as long as you keep your right

16     eye wet, he doesn't think the glaucoma will progress in

17     your right eye; am I correct?

18          A     Right.  He said sometime in the future, he

19     says, it might be a possibility that laser surgery

20     sometimes it opens -- you know, opens up the pupil --

21     something he was saying so the fluids drains through

22     the eye.  I don't know the medical terms of it, but

23     this is what he had told me.  He says as long as, you

24     know, you keep that wet, you know, doesn't get any

25     worse.

                                                          30

1           So really this eye hasn't -- since I was

2      using that before hasn't gotten any worse, just a

3      little bit.  But I don't -- I can't really tell the

4      difference now that this one is gone.  I mean, I can't

5      see close up like prints and whatnot.  But far away I

6      can see you, you know?  I can't see little prints like

7      right up on me too good.  With reading glasses I can

8      see pretty good so far with this eye here.

9           Q     With your right eye?

10          A     Yes, ma'am.

11          Q     Okay.  And then you said you also did see

12     this doctor, is it Ayoub?

13        A    That's the one in North Haven?

14        Q    Yes, sir.

15        A    Yes, I see him.  He gave me a full

16   examination.

17        Q    Do you know when you went to see him?

18        A    I have the dates home or I had the dates home

19   on the letters I got to go see him.

20        Q    How many times did you see him?

21        A    I seen him once.

22        Q    And did you see him as part of this

23   lawsuit?

24        A    Pardon me?

25        Q    As part of this lawsuit, is that why you went

31

1    to see him?

2         A    No.  I don't believe -- I don't believe it

3    was -- I don't even believe it was about the lawsuit

4    really.  It was more or less an examination of my eyes.

5    And then it could have been to -- I don't know who sent

6    me to see -- I got an appointment.  I don't know if it

7    was my attorney that recommended me to him or whatnot,

8    but all I know is I got a letter in the mail that I had

9    an appointment with him and I kept my appointment.  And

10   we had an examination -- examined -- just gave me a

11   full examination, eyes, head, throat, neck, stomach,

12   legs, arms.

13          Q    Is he an eye doctor or a general doctor, do

14    you know?

15          A    He was -- I forgot what kind of doctor he

16    was.  I don't even remember that.  All I know is that I

17    went there.  Just gave me a full examination.

18          Q    Did he give you any opinions about your

19    health?

20          A    No.   He -- he told me about my eye -- as a

21    matter of fact, he was the one that -- I told him what

22    had happened and whatnot and he looked in it and with

23    his scopes and whatnot.  But the other eye doctor in

24    Norwalk, the one who gave me a real good examination,

25    he put me in a dark room and put machines on my eyes

                                                        32

1     and whatnot, they be mostly like a physical.

2           Q    So the doctor in Norwalk gave you a more

3     complete eye exam than this doctor in North Haven?

4           A    Yes, with the eye.  With the eye part.  The

5     doctor in North Haven gave me a full examination.

6           Q    Okay.  Who prescribed the reading glasses?

7           A    Pardon me?

8           Q    Who gave you the prescription for the reading

9     glasses or do you just buy them at the drugstore?

10          A    No.  I was incarcerated.  I got the glasses

11    when I was incarcerated in Osborn.  When I left they

12    didn't give me nothing.  They was glad to get rid of

13    me.  Get him out of here.

14         Q    But they let you take your eyeglasses?

15         A    Yes.

16         Q    So nobody -- since you were let out the last

17    time, nobody has given you any prescriptions for

18    glasses or anything like that?

19         A    No.  You see, ma'am, what it was is that I --

20    when I was released, okay, and I finished my time,

21    every day of it, 27 months, okay, they were having so

22    many -- much problems with me because after I had lost

23    my sight and they took me back to UConn, Dr. Sarafini

24    told me that it was not his fault and he wasn't going

25    to be responsible for it because the Department of

                                                          33

1    Corrections had known that they were supposed to bring

2    me back.  And that the review board or something,

3    whatever they go through, they had denied me my -- the

4    help that I had, the doctors said that I needed, okay.

5              When I left from there, they didn't give me

6    prescriptions for my heart, the pills I was taking for

7    my heart, pills for my high blood pressure, they didn't

8    give me prescriptions for my eyedrops.  They didn't

9    give me anything, all right.  All they told me is, Pack

10    up.  You're going home.  And that was it.

11         Q    When you say they were having a lot of

12    trouble with you, what do you mean?

13         A    Well, they having trouble with me because I

14    kept writing requests for help because they told me

15    this was coming.  I was told three days after I was

16    incarcerated that I had glaucoma.  So I came in there

17    with that already, with a glaucoma.  I was told by the

18    doctors at the  facility that they would have to

19    send me to UConn because they seen something else but

20    they couldn't say, but there was something else wrong

21    with my left eye that they couldn't see.

22              When I went there, they gave me a full eye

23    examination at UConn.  And this is when the doctors --

24    when they finished I asked them, Well, what's wrong?

25              He said, Mr. Bowens, have a seat.  He says,

                                                        34

1    Listen, this is what you got here.  He says, You have

2    an optical nerve has been severely damaged.  He says,

3    If it's not treated immediately almost, he says, it

4    could develop a permanent blindness.  He says, So your

5    eye pressure is very high, he says, it's very high.  He

6    says, And we can't do anything for you now until the

7    pressure goes down, but you're going to be brought back

8    here two to three weeks.  He signed that paper and,

9    okay, and he says the Department of Corrections will

10    bring you back.

11          Two weeks went by, three weeks went by and I

12    started writing letters to my counselor, to the warden,

13    to the medical John Dixon, which is supposed to be the

14    head of the medical over there.  He even gave me a

15    physical examination.  And all he told me, he said,

16    Well, he says, all I can say is good luck and God bless

17    you.  That's what he told me.

18          Q    Why did he say that?

19          A    Because he told me that he doubts very much

20    that they're going to help me.  He says, you know,

21    we're talking about a major -- major operation on the

22    eye.  He says, I doubt if -- he told me that.

23          Q    That who would help you?

24          A    He told me that they probably wouldn't spend

25    that kind of money, he says.  They talking about

35

1    something like from 30 to $40,000 for them to solve

2    this problem, he says.  And he says, I don't think that

3    they're going to -- he says, But we'll see what we can

4    do.

5          He told me that out of his own mouth.  That's

6    the head doctor over there.  But then the warden told

7    me that wasn't so, that they will take care of that.

8    Then they told my daughter that when she called there,

9    she figured I can get a little more, maybe trying to

10    get some outside help from my family or something.  My

11    daughter called there and at that time they had

12    transferred me over to Cybulski, okay.  And the warden

13    over there, they have the same problem with me because

14    they knew I was losing my sight.  And when I started

15    complaining about why they take me out of here and they

16    were supposed to be taking me to -- back to UConn, the

17    warden over there, Sylvester, told my daughter, Oh,

18    he's not losing his eyesight, he's going blind.  I had

19    some doctors to check on him.  He lied to my daughter,

20    just like that.

21            And two weeks after I raised a little hell in

22    there they sent me back to Osborn, okay.  And I lost my

23    sight while I was in Osborn.  They kept on passing the

24    buck.  I even went to Gates.  They put me in the Gates,

25    too, all because I was complaining asking for help for

                                                          36

1    my eye.  They kept sending me here, here, get him out,

2    he's a problem, he's a problem.  At that time I wasn't

3    talking to legal people or nothing.  I was just

4    incarcerated, just another inmate trying to get some

5    help because I was already told that I would lose my

6    sight if I didn't.

7            So that all through my stay, 17 months before

8    I lost my sight was hell, just every morning waking up

9    worrying about this happening.  And then when the day

10    that it happened, I'm supposed to be calm and -- you

11    know, sorry, but I -- I couldn't handle it.

12         Q    Okay.  Besides Dr. Ayoub -- is it Ayoub?  I

13    don't know how to say it.  The doctor in North Haven

14    and the doctor in Norwalk, have you seen any doctors

15    since you got out?

16         A    No.  There is no doctors that -- I was told

17    by all of them now, I was told by the doctor in Norwalk

18    that this should have never happened.  That -- he said,

19    These days with the technology and stuff that they have

20    that no way that that should have happened.  It could

21    have been prevented.

22              The doctor in UConn, Dr. Serafini told me

23    that, Mr. Bowens, I'm not taking responsibility.  If

24    you have an attorney or get an attorney, that's on you,

25    do what you want.  I have my medical records here

                                                           37

1    available for them.  This is what I was told.  He said,

2    because they know that they were supposed to bring you

3    back here in three weeks.  I even asked the warden why

4    I was never brought back.

5         Q    You asked the warden?

6         A    Yes, I did.

7         Q    And what did the warden say?

8         A    Oh, I don't know.  I'll check with John and

9    see what's going on down there.  Maybe they misplaced

10    your papers or something.  I don't know.  I'll check

11    right into it.  I'll let you know.  I'll let you know.

12    But I never heard back from him.

13          I used to have to catch him in the hall.

14    Warden Strange, can I see you for a minute?  Then I

15    would tell him some of the stuff.  Okay, I'll get

16    back -- tell your counselor to write me a letter.

17    That's Mr. Gaudette.

18          I tell Mr. Gaudette what the warden tell me

19    to do.  Mr. Gaudette says the same thing.  He says,

20    Sam, I don't know what to tell you.  He says, I can't

21    help you.  I'm not a doctor, he said, but you got to

22    realize you're incarcerated, he says, and when you

23    incarcerated, he says, you know they're not going to

24    bend over backwards to help you.

25          I even know people that died in prison while

                                                          38

1    I was there, inmates and stuff that died.  They

2    actually let them die.  Charles Harris died while he

3    was there.

4       Q    Sir, I'm going to ask you to just answer the

5    questions that I ask or it will be a long --

6       A    I'm sorry.  I get carried a way a little bit.

7    I'm sorry.

8       Q    -- long, long day.  So I had you look at

9   this, Plaintiff's Responses to Defendants'

10   Interrogatories and Request For Production.  On the

11   front page you list one Social Security number as

12   ███    and this one is  ███ .  And then on one of the

13   slips of paper in here --

14       A    I forget my Social Security number sometimes.

15   ███████

16       Q    There is one listed in the DOC records that

17   you have attached which is ███████ .

18       A    Right.

19       Q    Have you had two Social Security numbers?

20       A    No.  I got one Social Security number I've

21   been using.  Sometimes I get them all mixed up.  I get

22   them backwards.  But I got one Social Security number

23   and you can check on that.  Every number that I got my

24   same name is Samuel Bowens.  My Social Security number

25   is the same for my whole life since I've been Samuel

                                                        39

1   Bowens, since I've been living.  There is no different

2   numbers that I use.  Sometimes I might give them the

3   wrong numbers.

4            As a matter of fact on my account I had made

5   a mistake on my Social Security number and they

6   corrected it.  And sometimes that happens, you know,

7   numbers come on me quick or something and I have to

8   stop and think.  I have to stop and think.  My head not

9      there all the time.

10         Q     How much money have you paid John Williams'

11     office?

12              MS. BROOKS:  I'm going to object to

13     that.  That's confidential.

14              MS. WITTENBRINK:  No, it's not.  You're

15     seeking attorneys' fees.  You've opened the doors.

16              MS. BROOKS:  Retainers are

17     confidential.

18              MS. WITTENBRINK:  No, they're not.

19     Retainer agreements are confidential, but the amount

20     of money paid is not confidential.

21              MS. BROOKS:  Yes, it is.

22              MS. WITTENBRINK:  Well, we're going to

23     have to bring you back here Mr. Bowens if your

24     attorney won't allow you to answer that question.  I

25     can tell you that usually Mr. Williams and the other

                                                          40

1      attorneys in his office usually let the person answer

2      that question.

3              MS. BROOKS:  Well, don't -- I mean,

4      come on.  I mean, if you want to talk to me.  Don't

5      talk to me past my client.

6              MS. WITTENBRINK:  Well, I'm putting it

7      on the record that we might have to bring him back

8    if --

9              MS. BROOKS:  That's fine.  But you

10   don't put on the record that other attorneys let

11   people answer that question.  I'll check during a

12   break and I'll instruct Mr. Bowens whether or not to

13   answer that question.

14             MR. WITTENBRINK:  Okay.

15             MS. BROOKS:  But right now I'm telling

16   him not to.  And that's completely inappropriate what

17   you just did.

18             MS. WITTENBRINK:  I don't think it's

19   inappropriate to put on the record that your firm is

20   taking that position.

21             MS. BROOKS:  It's inappropriate the way

22   you did it.  That's completely unprofessional.

23             MS. WITTENBRINK:  Well, I'm sorry that

24   you feel that way.

25   BY MS. WITTENBRINK:

                                                     41

1       Q    Sir, C. Stokes Construction, is that your

2   company?

3       A    No, it's not.  I work for him off and on.  I

4   work for him off and on.  I did work for him off and

5   on.

6       Q    Do you work for him right now?

7       A    No.  I don't work for anybody right now.

8     Q     When was the last time that you worked?

9     A     I don't know.  He give me -- well, he give me

10    work now and then, something I can do, you know.  Not

11    on roofs, though.  I can't work on the roofs.  That's a

12    good friend of mine, also.  So he kind of helps me keep

13    my head above water a little bit.  Not much, but a

14    little bit.  He does what he can do.  I used to work

15    for him, like all his roofing, siding.  He used to

16    subcontract like piecework or something like that.

17    Q     You listed his name as your business address.

18    A     Pardon me?

19    Q     You listed his name --

20    A     Yes.  I listed his name as my business

21    address.  That would be because when I subcontracted,

22    like that I didn't have a telephone at the time and

23    whatnot and I also listed his telephone number so

24    people can reach me through him.

25    Q     Okay.

42

1     A     And he told me it was all right, you know.

2     Q     But you have a phone number now?

3     A     Yes, I do.

4     Q     How much did you work for him in the year

5     2003?

6     A     2003?

7      Q     Mr. Stokes, last year.

8      A     About maybe four, five little jobs.

9      Q     How much money did you make last year from

10    him?

11    A     Not too much at all.  I help my brother Bill

12    out a lot, William Bowens.  It's called Presswork

13    Painting.  It's a construction company.  He helped me

14    out a little bit.  I was doing a little bit.  Really

15    nobody -- you know, everybody scared to let me climb up

16    ladders, you know.  They say, Sam, don't do that.  I'll

17    do this.  I'll do that.  So that stops me from doing my

18    profession, which is roofing.

19           I can work on the ground.  I can hand you

20    something and I can pick up something.  I can go get

21    material and load the trucks up and help like that, you

22    know what I'm saying?  By I'm 60 years old.  I can't do

23    too much lifting.  But I was pretty good at the roofing

24    part.  And it's kind of hard when you're high because

25    I'm up there in the air and it's a danger of maybe the

43

1      next guy's working next to me, I don't see him or I

2      might turn off and have to go way around like here to

3      see somebody and knock him off the staging or something

4      like that.  Or bump up against him.  Or there might be

5      a shingle down here on the staging and I might step on

6      it not seeing it.

7          There is a lot of danger trying to work up on

8    high places with one eye.  I mean, I'm just getting --

9    when I said I came out of corrections center I trying

10   to get myself back together, I was trying to adjust

11   myself to one eye.  Like I can't drive anymore.  It's

12   hard to drive.  I tried it, but I can't drive anymore

13   really.  Nighttime is just like -- is -- I don't know,

14   it's just like a nightmare, really, at night because

15   when lights come in they shine this here way and this

16   eye here everything looks totally black.  I can't see

17   anything.

18        Q    When you say "this eye here," you're

19   referring to your right eye?

20        A    Yes.

21        Q    So your right eye has trouble at night

22   currently?

23        A    Yes.  Just at night mostly.  In daytime

24   lights on, I don't do bad at all with it.  This eye

25   here it just seems like --

                                                      44

1         Q    Now you're saying your left eye?

2         A    Yes.  This eye here is just seems like it's

3    something hanging in it.  Like it's -- but this eye

4    being open it's not -- in other words --

5         Q    Your left eye has something hanging in it?

6        A     Right.  It seems there is something like

7     hanging on it.  It's not heavy.  I guess that's because

8     my sight is gone.  It just seems like being blind in

9     that eye, it's no sight at all.  I can see out this eye

10    here.

11       Q     When you say "out this eye here," you mean

12    your right eye?

13       A     I'm talking to you right now but I can't see

14    her.

15       Q     The thing is you're telling me a story but

16    she's trying to take it all down so when you keep

17    saying "this eye," "this eye," and "her" --

18       A     My left eye seems like it has a shadow, a

19    heavy shadow over it.  And it just seems like there is

20    something stuck to it.  That's what it feels like.  So

21    when I look and try to focus on something with my right

22    eye, you know, like focus, I'm focusing on you with my

23    right eye, it just seems like I can see the whole

24    picture with my right eye.  This is how I have

25    developed to look at you.

45

1              But the way it was when I came out -- when I

2     had lost my sight at first it just seemed like

3     everything was just -- seemed like this eye here was

4     going, too.

5        Q     You mean your right eye was going, too?

6      A     Right.  Seemed like my right eye was going,

7    too.  But I have adapted to that.  Seems like I can see

8    a little better, see everything more because I'm

9    adjusted to it now.  But coming out of being -- say I'm

10   60 years old.  So 60 years being able to see, and then

11   all of a sudden -- out of both eyes, and then all of a

12   sudden, even though it was a little bit bad, but it

13   wasn't that bad.  It was going, but it wasn't that bad.

14   I could see something.  But now it seems like -- when I

15   came out of the correctional center that life was just

16   over.  I mean, trying to see this, trying to see that.

17   People tapping me on the shoulder, Sam, and I'm jumping

18   because, you know, I've got to turn around see who it

19   is.

20      Q     Did -- but you went blind in your left eye,

21   according to your allegations, five months before you

22   were discharged; am I right?

23      A     Something like that, yes.

24      Q     What about that period?  Were you able to

25   adjust a little bit on the inside?

46

1      A     Not really much.  I was angry.  I was angry

2    because I couldn't understand why they would let this

3    happen.  And then why they allowed it to happen.  And

4    then I can't believe that they gave me some papers from

5    the medical department when I had asked them for them,

6    look at my medical slips, the doctors there at UConn,

7    they actually lied on the report.  Lied.

8             And I told him to his face, This is a lie.

9    He said that I lost my sight because I wasn't taking my

10   medications like I was supposed to.  That was a lie.

11   What medication?  All they was giving me for my eye was

12   eyedrops.  Was eyedrops.  An eyedrop is not medication

13   for an optical nerve injury.  They was giving me

14   eyedrops.  That's all they give me, eyedrop and Motrin.

15   Motrin.

16            That's what they give everybody, Motrin.  If

17   they have an investigation in the correctional

18   department, you could see that all the medical -- the

19   money that they supposed to have for medical, since

20   they incarcerated people and get so much a year for it

21   per man, that they -- you might be lucky if you get a

22   bottle of Motrin for six months because that's all they

23   pass out is Motrin.  You really have to be almost

24   terminally ill before they will open up the cabinet and

25   give you a shot of morphine or something, just drugs

                                                         47

1    period.  They don't do anything to help you over there.

2             But I was still begging for help.  I was

3    still asking for help.  Anybody I could talk to.

4    Anybody I thought could help me.  I talked to some of

5    the COs.  They would tell me what maybe they could do.

6    They had COs over there were helping me more so than

7    the doctors because they were saying, Well, Sam, try

8    this one day, trying to put me on the right leads to go

9    talk to this one, talk to that one.  Talk to this one.

10   And nobody wanted to know anything.

11         All they wanted to do is lock you up.  Get

12   him out of here.  Give him Motrin.  Get him out of

13   here.  Write a request.  See a counselor.  That's what

14   they keep saying, See your counselor.

15         I have a stack of papers that I have

16   accumulated while I was there for requests just about

17   my eye, not about my heart troubles.  It wasn't too

18   much of a heart trouble.  I get pains in my chest,

19   severe pains once in a while.  I believe that was from

20   so much stress worrying about my eye.  My high blood

21   pressure stayed up.  I don't care how many pills I

22   took, that would just stay up.  I feel nauseous and

23   shaky all the time, you know, because I was always

24   angry, worrying about losing my sight.  I just didn't

25   want to know how it feel to be blind.  So I woke up

48

1    that morning and it was gone.  It was really gone.

2         Q    Let me ask you a question, okay, so we don't

3    get too far.  Dr. Ayoub, the doctor that gave you a

4    physical, your whole body, did he say anything about

5    your blood pressure?

6        A    At that time, I don't remember what we talked

7    about.  But he examined me, yes.  I told him I had high

8    blood.

9        Q    Have you looked for any work besides

10   construction since you were discharged?

11       A    Well, not really.  Just trying to -- you

12   know, my brother, he's got a construction company.  My

13   brother helps me out.  Do a little work.  What can I

14   do?  I mean, I'm a roofer by trade.  I ain't going to

15   make the money that I make in doing something like a

16   laborer.  I can't do too much labor work.  I'm 60 years

17   old.  I'm not going to do a whole lot of heavy lifting.

18   So I run with him sometimes and pick up materials and

19   load them up, take them off the truck, you know.  And

20   sometimes I can run the jobs for him, I can stay there

21   and, you know, run the jobs for him.  I can't climb.

22   They don't want me to climb.

23       Q    But the question was about other work besides

24   construction.

25       A    No, I haven't.  I never done anything in my

49

1    life but work on roofs and construction work.  I'm 60

2    years old and I. -- what other job I look for?

3    McDonald or something?

4        Q     Is there pain in your left eye currently?

5        A     Pardon me?

6        Q     Is there pain in your left eye currently?

7        A     No.  Not my left eye.  It just feel like that

8   heavy shadow is there, that's all.  I'm just about used

9   to that.  That I guess will never go away.  The doctor

10  had mentioned one time about closing the eye up or

11  something, told me that sometimes they do that, you

12  know, sew the eye up, stick another --

13       Q     What doctor said that?

14       A     Doctors over at UConn.  He was kidding with

15  me.  He said he might put a marble or something in

16  there.  Making a joke out of it.  But he said

17  sometimes -- he told me the best thing -- as a matter

18  of fact, the doctor up there told me this, he gave me a

19  paper to see a doctor at Yale when I got out that could

20  help me.  He's a professional.

21       Q     Which doctor gave you the name?

22       A     Dr. Serafini.

23       Q     All right.  Dr. Serafini --

24       A     At UConn.  He gave me a paper, told me to

25  give it to the doctor, to bring him down there and he

50

1   recommend me to him, to see him when I got out because

2   I had like five more months to do.  He says, When you

3    get out, he says, take this down there to Yale.  He's a

4    very good ophthalmologist, he says, and maybe he can

5    help you with your other eye.

6         Q    Did you go see him?

7         A    Pardon me?

8         Q    Did you go see him?

9         A    No.  I don't want to do nothing with those

10   people.  Why would I believe anything they tell me

11   after staying there 27 months and being lied to every

12   day constantly.  It's not the system, it's the people

13   that work for it.

14              Like I said, ma'am, I walked in there.  The

15   captain had me brought to the medical facilities there

16   to get help when I first lost my sight.  There is a

17   possibility that when my eye went right then, if they

18   had rushed me to UConn or anybody cared, maybe there

19   was something they could have done to still save it

20   seeing it was that critical.  But they told the CO to

21   take me back to my cell, lock me back up, and for me to

22   put in a request like anybody else.  And that's not an

23   emergency unless my heart stops.

24        Q    Right.  You said that.  Let me ask you this:

25   When Dr. Serafini gave you the note about going to the

51

1    Yale doctor, you said, "To help me with my other eye,"

2    did he mean your right eye?

3         A     My right eye, yes.  He says he's very good.

4    I said, Why you can't help me?

5              He said, Well, the only thing I can do -- he

6    says, You got a little bit of time left, Sam.  He says,

7    Just deal with it now.  He said, It's over with.  He

8    says, I'm sorry.  There is nothing I can do.  He

9    apologized for the whole system because he knew that

10   they could have helped me.  And Mrs. -- I got to get

11   her name.  She was the one -- well, they would know it

12   in the record up there, that was administrating me all

13   these pills.  Call her the pill lady up there and

14   whatnot.  She told me -- she's the one that came and

15   told me.  She says, Mr. Bowens, you're wasting your

16   time because the review board have denied you, she

17   says, so you can write to anybody you want, she says,

18   you're wasting your time.  She says, just try to stay

19   well so you can get out of here.

20             This is what she told me.  So see, there is

21   some people there that I guess is good, some people

22   that's bad.  But you find in the medical department

23   there, I guess because they have to deal with so many

24   different, what they call hard-core criminals like

25   myself, you know, throw two flower pots downstairs, if

                                                          52

1    you check my record I ain't never been -- I never hurt

2    anyone or done anything or robbed anybody or stole from

3    anybody.

4        Q    Sir, we need to stay focused on the

5    questions.

6                    MS. BROOKS:  Can we take a break now?

7                    MS. WITTENBRINK:  What time is it?

8                    MS. KEATING:  It's quarter of 12:00.

9                    MS. WITTENBRINK:  Why don't we come

10   back at five till.

11

12                    (Recess:  11:42 am to 12:08 pm.)

13

14                    (Defendants' Exhibits 2 and 3:  Marked

15                     for identification.)

16

17   BY MS. WITTENBRINK:

18       Q    Sir, you understand you're still under

19   oath?

20       A    Yes.

21       Q    You understand that you've taken an oath

22   today?

23       A    Uh-huh.

24       Q    Have you ever been known as --

25       A    Yes.

                                                                53

1        Q    Samuel Fletcher Bowens?

```
2        A    That's my middle name.

3        Q    But before when I asked you if you had a

4   middle name, you said no.

5        A    I didn't say that.  I said that's my name, I

6   use Samuel Bowens.  But I'm saying I got a middle name.

7   Samuel F. Bowens.  It would be on my record.

8        Q    Why don't you say your full name for me, sir.

9        A    Samuel Fletcher Bowens, Junior.

10       Q    Have you ever been known by any other

11  names?

12       A    Samuel Fletcher Bowens, Junior.

13       Q    He's showing me a checkbook that says Samuel

14  Fletcher Bowens, Junior.  Have you ever been known by

15  any other name besides Samuel Fletcher Bowens,

16  Junior?

17       A    No, I haven't.  No.

18       Q    And if the sheets that DOC has for you have a

19  whole bunch of different Social Security numbers, can

20  you explain that?

21       A    I don't know.  Because I tell you at the time

22  I lost count of my Social Security number.  My Social

23  Security number was ██████████.  That's the one that

24  was given me.  Then I moved to Florida and my numbers

25  down there was supposed -- I gave them my number, but
```

1    they wrote down there it was ███.  They had the numbers

2    backed up.  So I was going by that when I go down there

3    and I was working down there.  I was down there for

4    about eight years and that's where I worked in Tampa,

5    Florida.

6           So as far as my Social Security numbers and

7    whatnot, that was it.  But I never used a Social

8    Security number up here no difference from ████████.

9    That's my number here in Connecticut.

10        Q    All right.  Sir, you're not blaming the

11   Department of Corrections for any problems with your

12   right eye; am I correct?

13        A    Pardon me?

14        Q    I am correct that you're not blaming any

15   people affiliated with the Connecticut Department of

16   Corrections for any problems with your right eye; am I

17   correct?

18        A    Well, just this here.  I'm not blaming them

19   for any problems with my eye because I had glaucoma in

20   my right eye to begin with.  But what they was doing

21   was supposed to give me medication.  They said they

22   were going to treat me for my right eye after I lost

23   my -- this eye here.  I was told that.

24        Q    After you lost your left eye?

25        A    Yes, ma'am.  That they would make sure that

1    this wouldn't happen to this eye, whatnot.  They never

2    gave me anything.  They said I was still being treated.

3    This is what I was told, my family was told.  They

4    wasn't treating me with anything.  The only thing I

5    ever got was eyedrops.

6         Q     Am I correct in understanding that when you

7    say you got eyedrops, you don't consider that

8    treatment?

9         A     Pardon me?

10        Q     Do you consider getting eyedrops getting

11   treatment?  Is it the same thing?

12        A     No.

13        Q     Why not?

14        A     I don't consider that when the doctor tells

15   me that I have optical nerve injury.

16        Q     But you don't have optical nerve injury in

17   your right eye, do you?

18        A     Pardon me?

19        Q     Am I correct that you have no optical nerve

20   damage in your right eye?

21        A     Not as I know it.

22        Q     Okay.  So the only way you consider getting

23   treatment is some sort of medicine or surgery; am I

24   correct?

25        A     Pardon me?

```
 1        Q    When you say "treatment," getting treatment

 2   for an eye problem, do you mean getting surgery or

 3   medication that you take by mouth, is that how you

 4   understand it?

 5        A    Well, someone give me a bottle, tell me put a

 6   drop in there a day, I'm treating myself there.

 7   Actually, they're actually not treating me giving me

 8   anything.  But that's what I did throughout my stay

 9   there, I put the eyedrops in my eyes.  But -- well,

10   yeah, I put eyedrops in my eyes.  If you call that

11   treatment, then that's -- I guess that would be a

12   treatment.

13        Q    Well, I'm asking you:  Do you consider that

14   treatment?

15        A    No.  No.

16        Q    Is your right eye irritating you just now?

17        A    Yes.  Somewhat.

18        Q    How come?

19        A    I guess it's just the strain.  I guess -- you

20   know, it's just a little strain on it.  But I got to

21   deal with it.  That's all.  Don't worry about it.

22        Q    But your left eye is not bothering you as you

23   sit here?

24        A    I got no left eye.

25        Q    So that's a no, right?
```

57

1          A     No.

2          Q     You have sued four people in this lawsuit; am

3     I correct?

4          A     Pardon me?

5          Q     You've sued four people, Mark Strange, Unit

6     Manager Gaudette, Dr. Serafini and Warden Levester.  Do

7     you understand that that's how this lawsuit is

8     framed?

9          A     All right.

10          Q     Do you agree with me?

11          A     Yeah.

12          Q     Okay.  So I want to talk about each of those

13     four people one at a time, all right?

14          A     Yes.

15          Q     So let me ask you -- let's talk about Warden

16     Strange.  Warden Strange was the warden at what

17     facility?

18          A     Pardon me?

19          Q     Well, first of all, it's Warden Mark Strange,

20     right, because there is two Stranges?

21          A     Yes.

22          Q     And it's a man, right?

23          A     Right.

24          Q     And what facility was Warden Strange the

25     warden of when you were incarcerated?

1          A      Osborn.

2          Q      Was he ever the warden of any other

3    facility?

4          A      Not that I know of.  I don't know.

5          Q      Okay.  We've already marked as Exhibit 3 for

6    the purposes of this deposition your screen, your

7    movement screen at the Department of Corrections.  Can

8    you tell me if you can -- can you read that?

9          A      I can see it somewhat.

10         Q      Well, it has the dates when you were in DOC

11   custody and where you were.

12         A      All right.

13         Q      So maybe I'll just go through them and you

14   can tell me whether you agree with them, okay?  I know

15   it's kind of hard, it's a weird format, so it's a

16   little hard to understand.  Says you were discharged on

17   May 24th, 2002; is that correct?

18         A      Yeah.

19         Q      That's the day you got discharged?

20         A      Yeah.

21         Q      And you haven't been back in since, right?

22         A      No.

23         Q      It says that that period of incarceration, if

24   I go down, started June 16th in the year 2000.

25         A      Right.

59

1      Q    Does that sound right?

2      A    Right.

3      Q    Okay.  And it says that you started out at

4  New Haven Correctional Center.

5      A    Right.

6      Q    Just for less than a month.  Does that sound

7  right?

8      A    Right.  Right.

9      Q    Then you went to Osborn July 6th, 2000.  Does

10  that sound right?

11      A    Right.

12      Q    And you were at Osborn from July 6, 2000,

13  according to this paper, until April 30th, 2001?

14      A    Right.

15      Q    Okay.  And then you went back -- you were at

16  a few other facilities -- well, you were back in and

17  out.  So you were at Osborn from July 2000 to April

18  2001.  Then you went to Willard-Cybulski just like you

19  had told us before, right?

20      A    Right.

21      Q    Says you were at Willard-Cybulski from April

22  2001 just until July 2001.  Does that sound right?

23      A    This was all on the same -- this is the same

24  charge.

25      Q    Right.  This is all the last time you came

60

1    in.

2        A    All that was the same thing, the same two

3    flower pots.  So I don't know all the dates and whatnot

4    because I know I couldn't make bond and that they sent

5    me until my trial came up.  I wasn't sentenced.  The

6    first time I've ever done prison time was when I was

7    sentenced to Osborn.  That was the sentence.  That was

8    my sentence.  That's the first prison I ever been to in

9    my life.

10            So I wasn't in and out of nothing.  I worked

11   all my life.  Wasn't in jail.  So I don't know what you

12   talking about there because all that has to do with the

13   same case right that I'm here for, you know, now.  All

14   that right there, the prison time.  I've never been to

15   prison in my life.  I've never done time, except for

16   this -- this is the only charge I've ever been in

17   prison in my life is right there.

18       Q    Okay.  Well, this paper says that you went --

19   started going, maybe not doing a sentence term, but

20   that you started going in and out of jail in 1974.

21       A    Yes.  Sure.

22       Q    You take issue with that?  So you were in and

23   out.  But I'm not getting to --

24       A    Excuse me?

25       Q    Anything other than the last time?

1       A    The charges should be on there what I'm in

2    and out for.  Breach of peace.  I'm saying, ma'am,

3    breach of peace.

4                MS. BROOKS:  You have to let her ask

5    the question, okay, then answer her question.

6    BY MS. WITTENBRINK:

7       Q    I'm not trying to give you a hard time.

8       A    I'm just saying about my record.

9                MS. BROOKS:  Just let her ask you a

10   question, okay, and then you answer it.

11   BY MS. WITTENBRINK:

12      Q    Okay.  So this isn't a paper that tells me

13   any of your charges.  This is just a paper that says

14   all the times that you came into DOC, came out for any

15   reason, whether you were in jail, in prison, sentenced,

16   unsentenced.  Any time you were in and out.  But I

17   wasn't going back to all those times, I was actually

18   just talking about this last time.

19               MS. BROOKS:  I don't know if this will

20   clarify.  She's asking where they moved you around to

21   during your two-year sentence.  Like, you know, how

22   they moved you from one jail to another jail.  She's

23   just trying to find out all the jails they put you in,

24   okay?  I don't know if that helps.

25               MS. WITTENBRINK:  Thank you.

62

1   BY MS. WITTENBRINK:

2       Q    So you come in in the year 2000 in June.  And

3   I'm not asking you at this point about anything before

4   that.  I'm just asking you about from starting in June

5   until you -- 2000 until you got out.

6       A    That's correct.

7       Q    So you started in New Haven for less than a

8   month.  You go to Osborn, right?

9       A    That's correct.

10      Q    You go from Osborn to Willard-Cybulski?

11      A    That's right.

12      Q    Back to Osborn?

13      A    I went to Gates.

14      Q    Well, the way this has it --

15      A    Then back to Osborn.

16      Q    The way this has it is -- maybe this will

17  refresh your memory.  This has it Osborn to

18  Willard-Cybulski to Osborn to Willard-Cybulski back to

19  Gates, says while you were at Gates you go to Lawrence

20  Memorial, then back to Osborn, then you get discharged.

21      A    All right.

22      Q    Does that sound right?

23      A    Yes, that sounds about right.

24      Q    So was Warden Strange the warden at Osborn

25  every time you went there when you did your last

63

1    sentence?

2        A    No.  The first time I went there, there was

3    another Warden Brooks.  Warden Brooks was the warden

4    when I first went there.  Then Strange came in I think

5    maybe after a year.  Warden Brooks retired.

6        Q    All right.  So maybe when -- you were in

7    Osborn a of three times this last sentence that you

8    served because of the flower pots?

9        A    Yes.  Back and forth, yes.

10       Q    Would you say Warden Strange was the warden

11   the second two visits that you had there?

12       A    Right.

13       Q    Now, did you ever write Warden Strange a

14   letter?

15       A    Yes.

16       Q    How many letters?

17       A    Two.  Two letters.

18       Q    Did you give copies of those letters to your

19   attorney?

20       A    Yes.

21       Q    Okay.  This thing that I showed you before,

22   that it's Exhibit 1, it's the responses to our

23   interrogatories and request for production, those

24   questions that you answered.

25        A    What questions?

64

1        Q    Well, take a look at it.  It's questions

2   about what's your name, what are you claiming.  Why

3   don't you take all the time you need to look at that so

4   I can ask you some questions.

5             MS. BROOKS:  He's just asking me what a

6   question means.

7             MS. WITTENBRINK:  That's all right.

8   You can do it off the record if you want.

9   BY MS. WITTENBRINK:

10       Q    So what's been marked as Exhibit 1, we'll

11  just call it that, you recall taking a look at some

12  questions that I sent to your lawyer?  You recall

13  receiving questions that you answered in this paper

14  that's been marked as Exhibit 1?

15       A    Yeah.

16       Q    Okay.  And are all the answers in here

17  correct and accurate?

18       A    Yeah.

19       Q    And I'm going to show you a part where you

20  signed it.  Can you take a look of this, oath of

21  respondent.  Says page 18.  Can you see that paper,

22  sir?

23       A    All right.

24       Q    Is that your signature on there?

25        A    That's my signature.

65

1         Q    Okay.  And it says that all the answers there

2    are true and accurate; is that right?

3         A    Yes.  As far as I can remember, yeah.

4         Q    And that's true that all the answers are

5    true?

6         A    Yes.

7         Q    And then there are some papers attached here

8    that your lawyer sent.  I didn't produce these.  Your

9    lawyer and you produced these, okay?  So there is some

10   Connecticut Department of Correction papers and there

11   is some medical records.  And I think what I saw here

12   before was one letter written by you, sir.  I'm going

13   to ask you to take a look at it.  I'm going to go

14   through each page and tell me if I'm missing any

15   letters that you wrote, okay?

16            So let the record reflect that I'm showing

17   you all the pages, okay?  This is an inmate request

18   form that you wrote, right?  Can you take a look at

19   that?

20        A    Yes, I remember this.

21        Q    You remember that?

22        A    Uh-huh.

23        Q    And what's the date on that inmate request

24    form, sir?

25         A    There is no date on here.


                                                            66


 1         Q    Can I take a look?  See if I can find one.

 2    Way at the bottom there is a signature by -- looks like

 3    Unit Manager Gaudette.

 4         A    Yes.

 5         Q    Is that right?

 6         A    Right.  Okay.  Yes.

 7         Q    So that's 12/19/01?

 8         A    Yes.

 9         Q    And at that point you were at Osborn, right?

10    Gaudette was at Osborn?

11         A    Correct.  He was at Osborn when I left.

12         Q    Right.  And you've had time to read this

13    paper, right?  Just now you had a little time to read

14    it?

15         A    Yes.

16         Q    And at the top it says, "Connecticut

17    Correctional Institution Inmate Request To Staff

18    Member," right?  Is that what that says at the top in

19    the black?  Is that right?

20         A    Right.

21         Q    It says, Connecticut Correctional

22    Institution --

23         A    Yes.  That's the pages they give us for

24    the -- for the request.  That's a request form, called

25    inmate request form.

67

 1        Q    All right.  Inmate request to staff members.

 2   And this one is to Mr. Gaudette, right?

 3        A    Right.

 4        Q    And then there is a grievance form next after

 5   that, right?  Is that a grievance form?

 6        A    Yes.  I remember that.

 7        Q    And that's a grievance form, right?

 8        A    Right.

 9        Q    You wrote that out in your own handwriting?

10        A    No.  What's his name helped me because I had

11   lost my sight and I couldn't see.  John.  A fellow

12   there, John Connelly wrote that for me.

13        Q    Another inmate or correctional person?

14        A    Pardon me?

15        Q    John Connelly, is he an inmate or

16   correctional person?

17        A    He's an inmate.  One of my cell mates.

18        Q    But you signed it?

19        A    I couldn't see.  Yes, I signed it.  I signed

20   it.  I couldn't write it out.  He wrote it out for me.

21   I asked him to write it out for me.

22        Q    Okay.  And this was written in Osborn on

23    January 2002, is that what it says?

24        A    Right.

25        Q    Okay.  And it's not responded to?

68

1        A    Pardon me?

2        Q    There is no response at the bottom, is

3    there?

4        A    Most of them was never responded.

5        Q    How many did you write that weren't

6    responded?

7        A    About maybe ten, fifteen.

8        Q    Ten or fifteen grievances you say you sent?

9        A    Sure.  I sent a lot of grievances.  When I

10    lost my sight, I wrote everybody.

11        Q    And do you have any that were responded to?

12        A    Pardon me?

13        Q    Do you have copies of any grievances that

14    were responded to?

15        A    I had some copies of my request -- not the

16    grievances that I wrote to -- I wrote one to John

17    Dixon, I wrote one to a few other brass there or

18    peoples in charge.  I wrote one to the warden.  The

19    warden definitely got one.  I don't know why that

20    wasn't on there.

21        Q    The warden got what, a letter or a request?

22        A    A grievance letter, too.  They told me to

23    write it to my counselor.  He told me anything that I

24    give to him, I have to go through my counselor.  This

25    is what he told me after.  I guess I wrote him so much.


                                                            69


 1    He says -- I was told he doesn't even read these.  He

 2    says he got people to read these for him.  He doesn't

 3    read the requests and whatnot.

 4         Q    The warden doesn't read them?

 5         A    No.  You're wasting your time with the

 6    warden.  Got to catch him in the hallway.

 7         Q    Who told you that?

 8         A    Some of the COs.

 9         Q    Do you remember their names?

10         A    Not offhand.  Told me -- said, You're wasting

11    your time.

12         Q    Do you want to take a minute to see if you

13    can remember the COs?

14         A    I don't remember.

15         Q    So far we have that you have written in this

16    pile of papers as we go through, we have the inmate

17    request form to Counselor Gaudette, right?  Do you

18    agree with me?  And now we have this inmate request

19    form that you say that your cell mate wrote for you and

20    it's dated 23 January 2002, right?

21         A    Right.

22        Q    Okay.  Then there is just a health services

23   pass, right?  That's what this is, a health services

24   pass?

25        A    Yes.


                                                        70


1         Q    Okay.  Then we have another inmate request

2    form, right?  Is that what this is?  It's not just you,

3    it's not a good copy, just so you know.

4         A    Pardon?

5         Q    Does that look like a request form to you?

6         A    Yes.  It's a request form.  But you know

7    what, I didn't write this.

8         Q    You didn't write it?

9         A    No.

10        Q    Did someone write it for you?

11        A    No.  Nobody wrote that for me.

12        Q    Do you know where it came from?

13        A    No.  That was sent to me.  I never wrote

14   this.  That's not my writing there.  That's not my

15   writing.  It's not my signature.  I didn't sign that.

16   That's not even the way I write my name.

17        Q    So if this came from your attorney's

18   office --

19        A    Pardon me?  No.  I remember giving this to my

20   attorney.  This is not my handwriting.  This is not a

21   form that I submitted myself.  But it's -- what it says

22   here, I was blind when I was writing them out there.

23   Like they put in the papers -- on some of my papers

24   that I got that I was not taking my medication.  What

25   medication?  Eyedrops?  I took my eyedrops every day.

71

1        Q    Okay.  Sir, I'm just trying to identify this

2   paper.

3        A    Okay.  I'm sorry.

4        Q    That's all right.  So this is an inmate

5   request form and it says it's dated 2/4/02 or 2/9.

6   It's kind of not good handwriting.  Would you agree

7   with me this is dated 2/4 or 2/9/02, one or the other?

8   Do you see that date there?  Would you agree with me

9   that's just the number on this document so we know what

10   we're talking about for the record?

11       A    Yes.  Yes.  I agree with you on that.

12       Q    And you're saying you never wrote this?

13       A    No.  I'm saying this handwriting and this

14   handwriting is about the same because it's ink.  This

15   is a request and this is an answer.

16       Q    Did a staff member write it out for you?

17       A    Pardon me?

18       Q    Is there any chance a staff member wrote it

19   out for you?

20       A    It could have been.  Whoever signed it down

21     there might have wrote it out.  They wrote it to

22     themselves because that's not my handwriting.

23          Q     So do you remember having anything to do with

24     this piece of paper?

25          A     Pardon me?  I gave that to my attorney.

72

1          Q     Where did it come from?

2          A     It came from my papers that I brought back

3     from prison.

4          Q     But you don't have any memory of how it came

5     in to be -- how it came to be?

6          A     I don't remember that one.  Somebody might

7     have wrote it for me, but I don't remember.

8          Q     Okay.

9          A     Possibility.

10          Q     It says it's to Chris Tour, T-O-U-R.

11          A     Who?

12          Q     I'm sorry, CHNS Tour, which is Connecticut

13     Health Services, right?  Does that help you remember it

14     at all?

15          A     No.

16          Q     Now, we have a letter to Warden Strange.

17     Would you agree with me that's what comes next in that

18     pile?

19          A     Where is there another piece to this?

20          Q     Sir, that's what I got from your attorney.  I

21  don't know.

22       A    Okay.  It was a longer letter than this I

23  wrote to him.  This is half of the letter.  It's longer

24  than this.

25       Q    Did you keep a copy of the longer one?

73

1        A    I might have to look in more of my papers

2   back there.  I got a lot of papers from the

3   correctional department that I may have returned to my

4   attorney, but I have a lot of papers.

5        Q    Is that one, that letter to Warden Strange

6   that you're looking at, is that in your handwriting?

7        A    Yes.  This one here, I wrote this one.

8   That's my handwriting there.

9        Q    Take all the time you need to look at it.

10       A    Yes, this was true.  This is the incident I

11  told you about earlier.

12       Q    Which incident is that?

13       A    When the nurses in the hospital drinking

14  their coffee and putting me in the office out when I

15  was sent down by Officer Little -- I mean by Lieutenant

16  Little, which he was -- he happens to be black so I

17  guess he doesn't have strength even in the Department

18  of Correction itself.  We were both put out, me and the

19  officer, put out of the hospital the same night.

20      Q     When you say you were put out, you were

21   upset, right?

22      A     No, I wasn't upset.

23      Q     What does "put out" mean?

24      A     When I was told by the nurses -- rather the

25   officer that brought me down there was told by the

74

1    nurses to take me back to lockup and for me to put a

2    request in like anybody else and that it's not an

3    emergency unless my heart had stopped.  So that is the

4    same thing I told you and that's what I also told the

5    warden what had happened to me.

6       Q     All right.  So this is a letter that you

7    wrote in your own hand, write?

8       A     Yes.

9       Q     To the Warden Strange after that day when the

10   nurses said --

11      A     That night.

12      Q     Or it was at night.  I'm sorry.  Okay.  It

13   was after the night when the nurses said, unless your

14   heart has stopped it's not an emergency, right?

15      A     Correct.

16      Q     So -- and in your complaint you say that date

17   was the date that you lost sight?

18      A     Pardon me?

19      Q     I'm trying to find the date that you lost

20    sight.  Says that on January 9th, 2002, that was the

21    day you lost sight, right?  Does that sound right?

22         A    If I can remember, maybe around there.

23         Q    Okay.  It was right in there somewhere?

24         A    Yes, it was around there.

25         Q    So this letter was written after that

                                                              75

1     happened, after you lost your sight, right?

2          A    Pardon me?

3          Q    This letter to Warden Strange was written

4     after that?

5          A    Yes.  That was after, yes.

6          Q    I'm just trying to get the timing.

7          A    Yes.  That was after I lost my sight.

8          Q    Now, the complaint says that when you woke up

9     one day you were blind; is that right?

10         A    Right.  Woke up one morning.

11         Q    One morning.  And then was --

12         A    I woke up in the wee hours of the morning, it

13    was like 2:00, I went to the bathroom.  It was 2:00.

14    As a matter of fact, that was the time at 2:00 when I

15    asked the CO could I go to the medical.  And she told

16    me it wasn't open.

17         Q    Okay.  So when you -- then did you try and go

18    later on?

19     A     No.  I asked her, Well, can I talk to the

20  brass or somebody, because I can't see out my eye.  So

21  then she told me, she says, Well, you have to just wait

22  till the morning.  So I just about demanded to see the

23  brass, to see somebody higher than her, because she's

24  just a CO there working.  So they finally let me see

25  Lieutenant Little, okay.  And that's who sent me down

76

1  there.  He had Officer Perez to escort me to medical,

2  which we both were put out.  When I say "put out,"

3  because he was told to leave and take me with him.  And

4  that's what we did.

5     Q     In other words, you were put out of the

6  room?

7     A     I was put out of the medical facility.  Told

8  him to take me and go.

9     Q     Some people say put out meaning they were

10  upset, so I wasn't understanding.

11     A     No, I wasn't upset no more than just -- as a

12  matter of fact, I hadn't said anything when I went in

13  there.  He was doing the talking, the officer.  He was

14  doing the talking.  He wanted somebody to see me.  They

15  wouldn't see me.

16     Q     Okay.  So when you say in the morning you

17  woke up and you couldn't see, it was really like the

18  middle of the night?

19      A    Right.

20      Q    Did you ever write any letters -- then the

21   last paper here is called at the top "Correctional

22   Managed Health Care Response Form" and it's at the

23   bottom it's dated 3/21/02.  Would you agree with me

24   about that?

25      A    I could say -- yes, I agree with this one.

77

1      Q    Now, you saw me go through the pile of all

2   the papers that were attached to this Exhibit 1,

3   right?

4      A    Yeah.

5      Q    And there weren't any other letters in there

6   to Warden Strange, right?  Are you saying --

7      A    I have verbal -- a lot of verbal

8   conversations with Warden Strange just about every

9   other day.

10      Q    We'll talk about the verbal in a minute.  But

11   first I want to go through the letters.

12      A    I did write him more than once.

13      Q    Do you have copies of any other letters?

14      A    I probably can find some if I can find them

15   at home.  I did write him more than once.  Warden and

16   John Dixon and the medical.  It wasn't -- I ain't got

17   nothing else to do in there but write.

18    Q    We have some papers attached here to your

19   response to the discovery request.  Are you telling me

20   that you have more papers somewhere?

21    A    Pardon me?

22    Q    Are there more letters that you have?

23    A    There should be some request forms that were

24   also -- I have to go home and look at them.  I don't

25   keep every -- maybe exactly papers that I have got

78

1   back, but I'm quite sure that I got some more requests.

2   I wrote more than one or two times within two years to

3   the medical department about my sight.  That started

4   from the time that I got in there.

5    Q    Okay.  Well, I'm going to address a question

6   to your counsel so this isn't part of the deposition.

7            MS. WITTENBRINK:  I'm going to ask if

8   there are any other documents that are responsive.

9            MS. BROOKS:  Yes.

10   BY MS. WITTENBRINK:

11    Q    Do you recall ever writing a letter to Warden

12   Strange before you lost sight in your left eye?

13    A    Yes.

14    Q    How many letters are you saying?

15    A    Maybe one or two.  I talked to him in the

16   hall just about every day.

17    Q    We're talking first just about letters.

18          A     Okay.  No letters.  Write him?  I see him

19     every day in the hall when we go to lunch.

20          Q     So you don't have any reason to write him

21     letters?

22          A     Pardon me?

23          Q     So you don't have a reason to write him

24     letters?

25          A     He told me talk to my counselor, have my

79

1     counselor give him a letter.  That's what I did.  Mr.

2     Gaudette got more letters than anyone.  He was my

3     counselor and he was right there.  Mr. Gaudette got all

4     my requests and tried to get them to the warden.  John

5     Dixon got letters from me.  The -- also Mr. Smith.

6          Q     And sometimes your counselor will make copies

7     for you of things that are written?

8          A     Yes, he would help me sometimes.

9          Q     Okay.  How many letters do you think you

10     wrote to Warden Strange?

11          A     Maybe two.  Two.

12          Q     Two at the most?

13          A     Two.  I might have talked to him about more

14     than half a dozen times about getting me some help.

15          Q     Okay.  So you would see him in the hallway

16     and you'd talk about your medical care with him?

17      A    Yes.  Every day at lunch he standing right

18 out there.

19      Q    Where in the lunch?

20      A    In the hallway.

21      Q    Was it a cafeteria?

22      A    In front of the lunch -- in front of the

23 cafeteria.

24      Q    At Osborn he would stand out in front of the

25 cafeteria?

80

1      A    In the hallway, yes.

2      Q    And you would be in the line, the chow

3 line?

4      A    Yes.

5      Q    And you would talk to the warden about

6 getting help for your eyes?

7      A    When I could.  He told me he would see what

8 he can do.  Have Gaudette to write them, have my

9 counselor write them.  Mr. Gaudette did that a few

10 times for me.

11      Q    And do you have any copies of those

12 letters?

13      A    I might have some.  I might have some.

14      Q    Did he ever tell you anything else besides

15 have your counselor write to me?

16      A    No, he said -- just told me he'll have me

17     taken care of.

18          Q     He said that to you?

19          A     Yes.

20          Q     And how many times did he say that to you?

21          A     Once or twice.

22          Q     Okay.  And what would you say when you would

23     tell him that you were having a problem?

24          A     He'd say, Well, write me a slip, says, put a

25     request in for medical.  I told him, They're not doing

81

1      anything like that.  So he told me to tell my counselor

2      to write him.

3           Q     But what would you say to him?  You would

4      say --

5           A     I told him, I said, I'm going blind.  He

6      said, I'll make sure that you get seen.  But I never --

7      I wouldn't get seen through him, I'd get seen

8      through -- the counselor would get me in to see the

9      medical more than anyone else.

10          Q     Counselor Gaudette?

11          A     Yes.  He was trying to help me.

12          Q     Did he ever try and hurt you?

13          A     Pardon me?

14          Q     Did the Counselor Gaudette ever try to do

15     anything that wasn't good for you?

16      A    No.  I wouldn't say so, no.  He just said his

17  hands are tied.

18      Q    Did he send all the letters that you asked

19  him to send, Counselor Gaudette?

20      A    Could have.  I believe so.

21      Q    You don't have any reason to think he

22  didn't?

23      A    No.  I don't see why not.

24      Q    Okay.  When you were at Osborn, what doctors

25  would you see?  Which doctors were you seeing when you

                                                        82

1   were at Osborn?

2       A    Dr. Smyth.

3       Q    S-M-Y-T-H, do you know?

4       A    Something like that.

5       Q    And that's a man?

6       A    Yes.

7       Q    What kind of doctor is he, do you know?

8       A    Ophthalmologist or whatever.

9       Q    He's an eye doctor?

10      A    Yes.  He stays -- he works there right in the

11  hospital.

12      Q    Okay.  And what did Dr. Smyth ever tell

13  you?

14      A    Tell me -- give me glasses.  He gave me

15  glasses to try to see, give me eyedrops.  Then he kept

16    telling me he would get me to see -- go to UConn.  He

17    kept telling me -- getting me appointments to go to

18    UConn.  Kept telling me they would wait until the

19    earliest date.  I got a lot of letters saying they're

20    waiting for the -- for a date for me.  But dates never

21    come.

22         Q    You don't have any reason to think that Dr.

23    Smyth did anything that wasn't in your best interest,

24    did he?

25         A    He didn't do anything.

                                                          83

1          Q    Did he ever do anything to hurt you?

2          A    I don't -- I don't know how you say that -- I

3     mean, how you mean by hurt me.  He could have done more

4     than what he could have did.  A lot of them could have

5     did something if they wanted to.  I'm the one that's

6     incarcerated.  I don't have any freedom.  I don't have

7     any say so.  All I have is a paper and pencil to write

8     and put in a request like they tell you put in a

9     request.  That's it.  If they want to read it, they

10    read it; if they don't, they don't.  You don't hear

11    from them for another week until you put another one

12    in.

13         Q    What about Lieutenant Little?

14         A    He's the one that sent me -- had me escorted

15    to the hospital by Officer Perez.

16        Q    Did you ever have any other interaction with

17    him about your eyes?

18        A    With who?

19        Q    Lieutenant Little.

20        A    No.  Just that night when I lost my sight.

21    Just that night.

22        Q    All right.  What about Warden -- it's

23    Levester, right?

24        A    Yeah.  Yes, ma'am.

25        Q    I'm asking because one time you spelled it

                                                        84

1    Sylvester, but I think in the complaint you called him

2    Levester.  So it's Warden Levester, right?

3        A    It's Levester whatever.

4        Q    And he was the warden at what facility?

5        A    Cybulski.

6        Q    Was he the warden all the times you were at

7    Cybulski?

8        A    Yes.

9        Q    Was never Sandra Sawicki?

10        A    Who?

11        Q    Warden Sawicki, you never dealt with her at

12    all?

13        A    A lady warden?

14        Q    Yes.

15      A    There was a lady there.  I don't know if she

16  came in afterwards or whatever.  I don't quite

17  remember.  I wasn't there that long, really.

18      Q    Okay.  Did you write letters to Warden

19  Levester about your eyes?

20      A    Right.  My family also called him and talked

21  to him personally, my daughter.

22      Q    Was that after you went blind?

23      A    Pardon me?  No, before.

24      Q    Your daughter personally spoke with Warden

25  Levester?

85

1       A    Right.

2       Q    What's your daughter's name?

3       A    Maria Roundtree.

4       Q    The son that lives with you now, what's his

5   name?

6       A    Samuel Bowens the third.

7       Q    I'm going to get the spelling of that woman's

8   name that you live with on the record.

9       A    C-L-E-M-E-C-I-A.

10      Q    Clemecia, you said?

11      A    Yes.

12      Q    And she's the mother of Samuel Bowens the

13  third?

14        A     Right.

15        Q     And Ms. West?

16        A     West, right.

17        Q     Who is she?

18        A     Pardon me?

19        Q     Is she a mother of any of your children?

20        A     My son.

21               MS. BROOKS:  I think it's Clemecia

22   West.

23   BY MS. WITTENBRINK:

24        Q     It's the same woman?

25        A     Right.

                                                    86

1        Q     Her first name is Clemecia and her last name

2   is West?

3        A     Right.

4        Q     I'm sorry.  I'm slow.

5               Did you ever write a letter to Warden

6   Levester about your eyes?

7        A     I spoke with him --

8        Q     I'm asking you about letters.

9        A     I don't remember writing him.  He was -- I

10   don't remember writing him.  I talked to him, though.

11        Q     How many times did you talk to him about your

12   eyes?

13        A     Two, three times.

14     Q     Twice?

15     A     Yes, if I remember.

16     Q     And what did he say?

17     A     What did he say?  Told me that he would send

18  me to medical.  Send me to medical.

19     Q     And did he?  Did you go to --

20     A     Yes.

21     Q     Did you?

22     A     Yes.  They went over there and that's when

23  they had -- one of the doctors over there, John Dixon

24  told me in the room, he told me, God help me, he said,

25  I wish you good luck.  He looked at it.  He looked at

87

1  my eyes.  He examined me.  He says, I wish you good

2  luck.  He says, You're not going to get no help in

3  here.

4          And I was told by the Warden Levester after

5  my daughter talked to him that I came -- I had a

6  preexisting -- preexisting injury, that was the

7  glaucoma or an optical nerve injury, and he told me

8  that they're not held liable for that.  This is the

9  bull they gave me.  So I just kept writing him

10  anyway.

11     Q     You just kept writing to who?

12     A     I wrote to the counselor they have over there

13    once or twice.  But after that, told me that -- then

14    they shipped me out of there, didn't want to be

15    bothered.  The more I complained about my sight, the

16    more they got problems, they moved me around back and

17    forth.

18        Q    Did you ever put in a request for a

19    transfer?

20        A    Pardon me?

21        Q    Did you ever request a transfer to a

22    different facility?  You know how you can say, I want

23    to be closer to my family.  I want to be moved to such

24    and such a facility.  Did you ever put in a request for

25    such a transfer?

                                                          88

1        A    No, I don't remember.  I might have asked to

2    get out of there to try to get some help.  But I went

3    to a Level 2 and they told me they would transfer me

4    out because I had -- I didn't have that much time left

5    to a better place.  But the Loft was a real nice

6    program they had over there.  So I preferred to stay

7    where I was at in the Loft.

8        Q    At Willard-cybulski?

9        A    At Osborn.

10        Q    And the program is called the Loft?

11        A    The loft.  I was in the Loft program, which

12    is for 50 and over.  And it's decent.  If you got to do

13     time, it's a decent -- it's livable, you know?

14         Q     When Warden Levester talked about a

15     preexisting injury, he talked about that with your

16     daughter?

17         A     Pardon me?

18         Q     Your daughter?

19         A     No.  My daughter told him that my father is

20     losing his sight.  They told him in the other

21     correctional department that he needed surgery and that

22     his optical nerve was severely damaged, she says, so

23     what's does severe means?  Does that mean it's just --

24     he says, Oh, no, I'll get back to you.

25             So she had several conversations with him.


                                                        89


1     The last time he got back he said, I had your father

2     examined -- these are the words and she'll swear under

3     oath, my father -- your father is not losing his sight.

4     Your father is doing well.  This is what she was

5     told.

6         Q     Well, when did -- who did --

7         A     Then they got me out the next week.  They

8     moved me out from there.  And I ain't ask for no

9     transfer, they kicked me out.

10        Q     Who did Warden Levester talk with about a

11     preexisting injury?

12          A     My daughter.  Oh, she talked to me about --

13     he talked to the captain and there was a captain, I

14     don't remember his name, a Spanish captain was there at

15     the time and he told me when I was telling him about my

16     eye in front of the warden, he says, Well, you got a

17     preexisting injury.  He says, I don't know if you came

18     in with that problem.  I don't know where -- we're not

19     liable for that.  But I'll send you to the doctor.

20          Q     Who said that, the warden or the Spanish

21     captain?

22          A     Warden.  Well, the Spanish captain and the

23     warden were both talking to me at the same time,

24     because I was saying, Somebody do something.  Just send

25     me to a doctor.  Check me out because it's getting

90

1      darker and darker and darker.  I can tell it's getting

2      worse because it starts aching and I had real bad pains

3      at night.  Just give me Motrin, Motrin.  Kept feeding

4      me Motrin.  That's all I got for my pain was Motrin.

5      Motrin.  That's all.  So that's the treatment,

6      Motrin.

7          Q     Did you have trouble seeing with your left

8      eye at night?

9          A     Pardon me?

10          Q     Did you have trouble with your left eye at

11     night more than the day?

12        A    I had headaches and eye pains at night when I

13   lay down and I take a hot rag and just put it over my

14   head, put it over my face, over my eye to try to get

15   some kind of comfort out of it.  And it was achy and

16   aching and aching.

17        Q    Did you have trouble seeing out of your left

18   eye at night before you went blind than during the

19   day?

20        A    No.  I look at TV at night and it would start

21   the -- seemed like it would jump.  It would jump a lot

22   and ache, ache a lot, pains, ache.  And they were aware

23   of this here and they would give me Motrin.  I must

24   have been sent to the medic about maybe a dozen times

25   in a week before I lost my sight to get some relief on

                                                              91

1   the pain in my eye.

2        Dr. Smyth there also knew about it.  And he

3   would tell me, Well, I'm going to get you an

4   appointment back at UConn.  So I went to UConn.  All

5   they do is up the dosage on the medicine.  They give me

6   a stronger eyedrop, then they give me Motrin.  They

7   prescribe Motrin for the pain.

8        Q    Right.  How long did you think -- well, I

9   don't know how to ask this.  When you got into prison

10   the last time, that was the first time you ever heard

11   that you had trouble with your eye?

12        A    No.  They told me on Whaley Avenue that I had

13   glaucoma, but he says when you go up to the -- and I

14   had got sentenced, he said, When you go to prison up

15   there, he says, they'll look at you.  He says, There is

16   something else that I can see, but he says, I'm not

17   going to give you my professional opinion right now.

18   He says, You get checked out up there.  They'll look

19   after you when you get up there.

20        So when I got up to Osborn and I was

21   complaining about my eye and three or four days after I

22   got there I went to the doctor and that's when they

23   told me, she says, You have optical nerve -- something

24   is wrong with your optical nerve.  We need to bring you

25   back.  They did bring me back there.

                                                    92

1         Q    Back where, sir?

2         A    Osborn.  They brought me back to Osborn

3    for -- to diagnose just what the problem was after --

4    besides the glaucoma.  And they told me that I had an

5    optical nerve injury.

6         Q    Did they know what caused the optical nerve

7    injury?

8         A    No, he didn't say at the time.  Just said my

9    optical nerve.  He said it can blow.  This is why he

10   told me the eye pressure was too high for them to

11    perform any kind of surgery.  I told them that the

12    doctors in New Haven said that I could get a surgery or

13    something.  He said, Not at this time, he said, because

14    your pressure is too high and it can blow out the other

15    eye.  He says, I'm going to give you this medication to

16    lower the level.  And they gave me the Teravon or

17    whatever else there was, another bottle of medication

18    they gave me.  Told me to use this, two eyedrops a day,

19    they bring me back in three weeks.

20        Q    Okay.  They didn't give you oral medication,

21    just eyedrops; is that right?

22        A    That's it.

23        Q    So when you went to Whaley Avenue in New

24    Haven, that was in June of 2000?

25        A    I've been in New Haven and back and forth.

                                                              93

1    That's where they lock you up.

2        Q    Right.  According to this you were in New

3    Haven in 1999, you were in New Haven in November 1999,

4    December 1999, April 2000, then you discharged on bond,

5    then when you came in to do your -- I'm going to call

6    it your bid, your last two-year-plus period, right?

7        A    Right.

8        Q    You went to New Haven first, then they sent

9    you up to Osborn?

10        A    Right.  That's correct.

11        Q    When did you have this conversation with the

12   doctor in New Haven?

13        A    When they give you a physical examination and

14   I told them that my eye -- my eye aches and it hurts a

15   lot.  And then they looked at it and he says, you know,

16   You got glaucoma.

17        Q    That's when you had that conversation with

18   him?

19        A    Right.

20        Q    And that was on your last visit to New

21   Haven?

22        A    That was New Haven.  Yes.  I believe so.  I

23   believe so.  It might have been -- I might have been

24   there one afterwards, but that was the early part when

25   I first found out I had glaucoma.  I never knew I had

94

1    glaucoma.  I never really knew it.

2         Q    Did you know you had eye trouble?

3         A    Pardon me?

4         Q    Did you know your eyes were giving you

5    trouble before they told you?

6         A    Not really.  If I did, I didn't notice it.

7         Q    Well, you went to the doctor --

8         A    In other words, I didn't notice a change in

9    my sight.  I guess gradually it might have been getting

10     worse, but I wasn't aware of it because I work all the

11     time, you know, and I just -- I wasn't aware of it.  It

12     wasn't nothing like really bothering me except I get

13     pains around my eye sometimes and I take an aspirin

14     like that, lay down, go away.  I thought it was just

15     headaches.  But I notice right around here in the

16     pupil.

17          Q     Your fingers -- just for the record, your

18     fingers are going around your eye area right now?

19          A     Yes.

20          Q     And that's where it used to be sore before

21     you went to jail?

22          A     Yes.  Right up around here.

23          Q     Your eyelid?

24          A     Yes.

25          Q     And below your eye?

                                                              95

1          A     Yes.  Ache, ache.

2          Q     And you're talking your left eye?

3          A     Left eye.

4          Q     And that was before you went into New Haven

5     you'd have to take a little aspirin?

6          A     No.  That was after.  It seemed like when I

7     started doing time, it got worse when I just started

8     getting into the system.  Before I went to -- that's

9    why I said I never knew I had glaucoma.  He told me

10   that it wasn't that good.  He said, you know --

11        Q    Let me ask you this:  Your eyes were

12   perfectly fine until you were incarcerated?

13        A    Pardon me?

14        Q    Were your eyes perfectly fine until the day

15   you were incarcerated?

16        A    No.  What I'm saying to you is I didn't know

17   I had a disease.  I didn't know I had it.  They

18   probably weren't.  I didn't know I had glaucoma.  I

19   didn't know the word glaucoma.  I didn't know what it

20   meant.  I told the doctor, Tell me what it is.  Explain

21   to me what was wrong.

22        Q    But you knew you were having some pains in

23   your left eye before you were incarcerated?

24        A    Yes, I was having pain, some pain.

25        Q    Were you having vision problems?

96

1        A    Pardon me?

2        Q    Were you having problems seeing with your

3    left eye before you went in?

4        A    Not that I'm aware of.

5        Q    And when they told you you had glaucoma, did

6    you know then that you were having vision problems?

7        A    No.  Just started getting worse and they

8    started giving me eyedrops and stuff sticking in there

9  and poking around my eyes and whatnot.  Then I was

10  asking about the pain, pain in my head and whatnot, and

11  then this is when they give me an examination over in

12  New Haven.  The doctor -- one of the doctors came,

13  specialist came in and looked at me and told me I had

14  more problems than glaucoma in the left eye.

15      Q    What was the name of that specialist, do you

16  know?

17      A    I don't remember.  He work over there.  But

18  he was a specialist.  They brought him -- he came in

19  that day.  He come in one day a month or something, or

20  one day every two weeks or something like that and he

21  put me right down to see him.  And he came in.  He was

22  the one that told me -- he was the one that started

23  everything up, told me what I had and he said what he

24  thought I had.

25          He says when -- I said, Will they give me

                                                            97

1  some time?  He says, Well, I think when you get up to

2  prison there, he says, you have them give you an

3  examination.  They'll take care of you like that, so --

4      Q    He was the one that told you you would need

5  surgery?

6      A    Pardon me?

7      Q    Was it that specialist in New Haven that told

8    you you needed surgery?

9        A    He said you might have to have it, but the

10   doctor in UConn is the one that told me that he could

11   take care of this.  He says, You get the eye pressure

12   down, we're going to get you back here in a couple

13   weeks.  This is what I was told.

14       Q    What's that doctor's name?

15       A    Dr. Serafini, whatever.  That's the short

16   stocky guy?

17       Q    Is he an eye doctor?

18       A    I know him when I see him.  He's the head up

19   there or a boss or one of the bosses or something.

20       Q    Is he an eye doctor, Dr. Serafini?

21       A    Yes.  He's a prison eye doctor at UConn.

22   That's the one that I was going up to see.  He would

23   give me the paper and I would get it back.  When I got

24   my medical report, his name was on it, on all of

25   them.

                                                          98

1        Q    So some doctors you would see in prison,

2    right?  You would see in Osborn?

3        A    In Osborn and some up in UConn.  That would

4    be the prison I guess for -- the hospital for the

5    prisons.

6        Q    Right.  Sometimes they would send you on an

7    outside trip to an outside doctor?

8        A     Right.

9        Q     And you're saying that you think you saw

10   Dr. Serafini when you went outside to UConn?

11       A     Yeah.  Whoever was up there.  Whoever the

12   doctor was, I believe his name was Serafini, whatever.

13   He's the one that told me everything was going on in my

14   head about my eyes and what needed to be done.  And he

15   said that he was going to write it up and the papers

16   was going back with me when I go back to Osborn, when I

17   was transferred back to Osborn.  He said all my medical

18   records that I make today that I diagnose and

19   everything will go back with you.  So they will bring

20   you back here in a couple weeks.  Okay.  He hit me on

21   my back, he said, Have a good day.  He said, I'll see

22   you in a couple weeks.

23       Q     And they didn't bring you back?

24       A     Never.

25       Q     So how many times did you go to UConn when

99

1    you were incarcerated?

2        A     About three maybe.  Three or four times.

3        Q     And what did they say on your other visits

4    there?

5        A     The second one, the time I went, he told me

6    that it was getting worse and they took another picture

7    of it.  I was there a couple hours.  They took more eye

8    shots and it had darkened and got worse.  And he says,

9    you know, We got to get something done about this.

10          I went back and told them what they said, the

11   medical John Dixon, I told him what they was saying and

12   whatnot.  I'm quite sure he had the records his self.

13   And he told me don't worry about it, we'll get you up

14   there.  We'll get you up there.

15        Q    What did they say -- when you went the second

16   time that UConn told you it's getting worse and we got

17   to get something done, was that a male doctor, a man?

18        A    Yes, it was a man doctor.  They put me in the

19   back and this time they put some red -- I don't know

20   when I took the machine off me, I see all red, some dye

21   or something, and they took eye shots again and it

22   shows up on a piece of paper like this here.  It's

23   rings.  It's both my eyes.  It's the left eye was

24   almost black all together and the circle in it, that's

25   the pupil I guess, had just about darkened all the way.

100

1    So he says that's the danger zone over here.  He showed

2    me this one here.

3        Q    Right eye?

4        A    My right eye.  It's not too bad but I still

5    have glaucoma.  I have the gray shadow.  So he says,

6    We're going to have to take care of you right away.

7    That's when I came back and started to panic in prison

8    because they were telling me that I was losing it.   In

9    a couple papers, I don't know if you got them there,

10   but it says -- it was letting them know that it was

11   worsening, the condition that I had was worsening.   It

12   wasn't getting better by me taking eyedrops, it was

13   worsening.   It says it right on the paper that your

14   condition is worsening.

15        Q    When you went back the second time and they

16   had showed you the pictures with the red and it was

17   almost -- could you tell that your sight was much worse

18   at that point or you couldn't tell?

19        A    Yes, I could tell this one here was.

20        Q    Your left eye?

21        A    My left eye.   I couldn't hardly see nothing

22   out of it.   It was like real blurry, real blurry, but I

23   could see something.   I could see -- with just the

24   little sight that I had with both eyes I could see

25   something, you know what I'm saying?   But I still felt

101

1    like that shadow and blurriness in the eye, but I guess

2    this eye here was taking all the vision, just taking

3    over.

4         Q    Your right eye?

5         A    Yes.

6      Q    How long did it take when you first noticed

7   vision in your left eye until you lost sight in your

8   left eye?

9      A    I'd say 16 months.

10     Q    And how are you able to calculate that in

11  your head?

12     A    Well, because that's the time that I seen the

13  doctor and they told me what was going on.  And between

14  that time that I did and the time that I was writing

15  letters, the time I was going back and forth, the time

16  I was going right there in the prison hospital to see

17  the Dr. Smyth, and he would tell me every day when he

18  would come in there, he would give me more eyedrops, he

19  would sit me on the machine.  The only reason they did

20  that is because I kept complaining.  He wasn't doing

21  any more he did the other visits.  I must have seen him

22  ten times.  He give me glasses.  I tell him my eye is

23  going, I can't see, I tell him my eye is going, he give

24  me glasses.

25     Q    Your left eye was going?

                                                      102

1      A    I was losing sight in my left eye, but he was

2   giving me glasses so I could see something, like to

3   read.  I tell him, I can't read this, you know.  So

4   that's how I determine that I was starting to lose my

5   sight faster.  And then they were telling me that it's

6    worsening.  They got letters from the doctors saying

7    that my sight is worsening.

8        Q    Right.  But here's what I'm trying to figure

9    out.  You're telling me when you went into prison you

10   didn't even know you had any problems with your eyes?

11       A    I didn't know I had glaucoma.

12       Q    You didn't know you had any problems with

13   your eyes?

14       A    No, I never knew -- I didn't know that I had

15   glaucoma.  I didn't know I had anything wrong with my

16   eyes.

17       Q    And you didn't notice any vision problems

18   when you went into prison?

19       A    They told me that --

20       Q    I'm not asking what they told you.

21       A    Okay.  No.  No.

22       Q    I know.  I can read the record what they told

23   you.  I want to know about your experience, okay, what

24   happened to you.  So when you went to prison, you

25   didn't know that you couldn't see out of your left eye?


                                                      103


1    You didn't notice any problems, right?

2        A    When I went into prison my eye was

3    starting -- I told you, I had the pain around my eye.

4        Q    You had pain?

```
5        A    I was having problems.

6        Q    Were you having problems with your sight,

7   looking at things, vision problems?  Do you understand

8   the question?

9        A    Yes.  Yes.  I wasn't having problems.  What

10  I'm saying is because -- like I'm sitting here and I'm

11  looking at you with this here eye, here this eye is

12  looking good, but this eye is bad.  But I guess by

13  seeing with this it was like blurry anyway and I had

14  the pain on there.

15       Q    Okay.  When was the first time you noticed

16  with your own experience, aside from what any doctor

17  told you, that you were having trouble seeing with your

18  left eye?

19       A    Sometimes I turn around, I get dizzy.  Like

20  it seems like it just blink, a flash will go through my

21  eye.  Seem like my eye would be jumping.

22       Q    When?

23       A    This is about maybe a month or so after I

24  started doing my time.  I used to do push-ups and lift

25  weights and whatnot and I guess because I had high
```

```
1   blood pressure, too, you know, lifting and whatnot,

2   that triggered it.  Sometimes I would get up and I

3   would get up fast from doing push-ups and I would like

4   lose vision, like for a minute, in both eyes.
```

5       Q    Well, sometimes you get -- if you have high

6   blood pressure, you get dizzy.

7       A    Yes.  That was I guess the blood pressure,

8   too.  But I'm saying as far as my vision part is

9   concerned I never knew that I had glaucoma, but when

10  they told me I had glaucoma, whatnot, and they started

11  giving me eyedrops, then I could notice that things

12  started like looking blurry.  But out this eye, more

13  this eye.  This eye is still good.  This eye here was

14  always like blurry for a while.  But I didn't know it

15  was glaucoma.

16          I sometimes just wipe my eye out.  I didn't

17  realize it was coming on because I never wore glasses

18  before and I don't do a lot of reading, close

19  reading.

20      Q    So listen to my question.  When was the first

21  time that you noticed by your own self that you weren't

22  seeing as well out of your left eye as out of your

23  right eye?

24      A    I guess, like I said, a month or so when I --

25  after I started doing my time and I was aware of that I

105

1   had glaucoma, and then I guess it started taking it's

2   course.  In other words, I -- I don't know.  I mean, I

3   don't know how to tell you that.

4     Q     Do you not remember?

5     A     What?

6     Q     Do you not remember?

7     A     No, because what I'm telling you is that I

8     wasn't aware of -- that I had bad vision.

9     Q     Until you started paying attention to it?

10     A     Until they started telling me that I had

11     glaucoma.  Then I noticed that -- I guess -- they tell

12     you you got something, so I was trying to be aware of

13     what the symptoms that, you know, they were telling me

14     that, you know, things get blurry once in a while.  I

15     used to see little black lines like sometimes like in

16     my eyes if I look like a -- bright light shining, I can

17     see like little things moving around in my eyeball, but

18     only do it for like a minute.  Like a flash, it come

19     through my eyes.  But that was in both eyes.

20     Q     Do you remember your eyesight in your left

21     eye getting a little bit worse, a little bit worse, a

22     little bit worse?

23     A     Yes.

24     Q     What was that like?  Did your field of vision

25     narrow or did things get more and more blurry or how

106

1     did that work?

2     A     It started getting more blurry at first.

3     This eye started getting more and more blurry.  It

4    would like come and go, like flashes just come and

5    go.

6        Q    Sometimes it would get blurry and then it

7    would clear up again?

8        A    Yes.

9        Q    And when did it start getting consistently

10    blurry?

11        A    I do a lot of push-ups.  Taking the pills,

12    them high blood pressure pills, it started -- seemed

13    like it started getting worse.  And I would take a

14    shower and wash myself down, dry my eyes out, and then

15    I started getting pains it seemed like every time I put

16    water or something, come out of the shower, I have a

17    headache and my eye would be hurting.  So then I go get

18    some Motrin from the medical.  Then I go down there so

19    many times for Motrin they just gave me a big thing of

20    Motrin, them big books of Motrin -- tabs, they gave it

21    to me in a couple sheets.  So I would take two of them

22    a day.

23        Q    Okay.  Let's go from the day you figured out

24    that you had lost your eyesight, let's back up a month

25    before that.  A month before that, how bad was your

107

1    eyesight?

2        A    Terrible.  I couldn't hardly see nothing out

3    of it and the pain was aching bad.  Bad.  And I

4    complained and complained.  Didn't do no good.

5        Q    So did the pain get worse and worse and worse

6    until the day you went blind and then it stopped?

7        A    Pain -- after I lost my sight, I just had a

8    headache.  I had a real bad headache for maybe about a

9    month after that, just off and on.  Just kept Motrin.

10   And my blood pressure stayed up then because I was

11   angry, I was very angry.  My last few months in jail I

12   was angry.

13       Q    Did you ever have an injury to your eye?  You

14   said you had one to your head.

15       A    Yes.  Yes, I had an injury to my eye.

16       Q    What was that?

17       A    Got cut with a piece of glass right here.

18       Q    Your left eye got cut?

19       A    Right.  And I went to Yale Hospital and they

20   stitched it up.

21       Q    When was that?

22       A    Maybe about two, three years before.

23       Q    Before you went in?

24       A    Yes.  I had it right -- you can see the scar

25   right here.

                                                    108

1        Q    What cut your eye?  Yes, I can see the scar.

2        A    A piece of glass.

3      Q      Did it affect your eyeball at all?

4      A      They didn't tell me at Yale if it did.  They

5  checked me out and sewed me up.

6      Q      Did you notice anything?

7      A      I know it was bleeding very heavy when I got

8  cut.

9      Q      How did the glass come into your eye?

10     A      I fell on -- fell down on -- like I was on a

11  box and I tripped, the box turned over and flipped, and

12  fell.  It was like a bottle on the ground, my head,

13  face, whole head must have fell right down into it

14  right here.  And I got a little small cut up here, here

15  and right here.

16     Q      We need to tell her make.  A picture with

17  your words.

18     A      I fell off a box and --

19     Q      Just where -- you were saying you hit here.

20  So you hit under your left eye?

21     A      I hit -- all I know when I got up I was cut,

22  I was bleeding.  They say, You're bleeding.  I had a

23  couple stitches here.  Yale put them in.

24     Q      Then you also hurt your head on your right

25  side?

                                                        109

1      A      Yes.  I hit my head up here, too.

2          Q     On the glass?

3          A     Yes.  It was a small cut.  Not big or

4    nothing.

5          Q     On the same glass?

6          A     I needed stitches.  Must have been the whole

7    thing.

8          Q     Was the glass bottle that you were standing

9    up that your eye socket fell into?

10          A     I guess so.  I hit the ground so quick.  The

11    box just went boom.

12          Q     Do they know if that's what damaged your

13    optic nerve?

14          A     They didn't say that at Yale Hospital.  All

15    they did is sew me up, examine me, and put me out.

16          Q     Has anyone ever given you a reason for why

17    your optic nerve got damaged?

18          A     No.

19          Q     Nobody ever said that we think it's from this

20    or that?

21          A     No.  They didn't even tell me over there.

22    All they said is that it's damaged, severely damaged.

23    They don't say damaged, they say severely damaged.

24    That's what I have to go by.

25          Q     Did you ever inject any drugs?

1          A     No more, no.

2        Q     If it says multiple substance abuse in your

3   chart, what different substances are they talking

4   about?

5        A     What's -- I sniffed cocaine.  I try coke.  I

6   don't smoke cigarettes, I don't smoke reefer or nothing

7   like that there.  I used to sniff cocaine, at least

8   this was like years back, though.

9        Q     What about crack cocaine?  Ever use crack

10  cocaine?

11       A     No more.

12       Q     Ever use heroin or anything?

13       A     No more.

14       Q     Alcohol?  Ever abuse alcohol?

15       A     No.

16       Q     Even when you lived with an alcoholic you

17  never abused alcohol?

18       A     No.  Neither one of them, no.  I don't even

19  drink beer.  I don't drink at all.  I don't smoke.

20       Q     From the day that you felt that you went

21  blind, you told me a month before that you had a lot of

22  pain and a lot of vision problems?

23       A     Yes.

24       Q     Let's go two months before that.  What can

25  you tell me?

111

```
 1        A     Well, going back I guess it was about the
 2   same.  That's when I was really writing hard to try to
 3   get some help because I was getting a little panicked
 4   because they told me it was worsening, my condition was
 5   worsening.
 6        Q     When did they tell you that, do you
 7   remember?
 8        A     When I asked for my medical, some medical
 9   papers and whatnot from UConn.  Because I was going to
10   give my daughter -- and my daughter was going to get an
11   attorney and send them over there to see why I wasn't
12   getting help.  So I asked them for my medical records.
13   And it said on the medical records that my condition
14   was worsening.
15            So when I went to UConn, the doctor at UConn,
16   that was the medical papers that they put on there was
17   worsening.  They showed -- over time they examined me
18   and gave me a checkup that it was worsening.
19        Q     What did the people at UConn tell you that
20   they wanted to do for you?
21        A     They told me they wanted to get the pressure
22   lowered and that they had put in some kind of
23   acquisition or something they were saying to the board
24   over at Osborn, they go through a review board and it
25   has to get approved by them.  And I had even asked the
```

```
1    warden that and he said, I'm quite sure they'll get

2    back to you.

3        Q    How did they say they were going to get the

4    pressure down?

5        A    Pardon me?  Eyedrops.  They fix my eyedrops

6    with the Teravon then another eyedrop substance that

7    they gave me, and it -- they said, You use this here

8    for a couple weeks and the pressure -- that will let

9    the pressure out.  And then when the doctor at Osborn

10   was seeing me, he was telling me, Well, it's going down

11   some.  It came down some, like this here.  See, so I

12   was putting my trust in him that when it was down

13   enough he would make sure that I get out of here

14   because that's what he led me to believe that he would

15   do.  As soon as it came down he would get me back up to

16   UConn.

17       Q    To do what?

18       A    To do whatever needed to be done.  They said

19   laser surgery they could open it up and whatever else

20   had to be done with it, that they could laser --

21   something.  He called it together or something before

22   they collapse.

23       Q    Did they tell you it was a guarantee that --

24       A    Pardon me.

25       Q    Did they tell you it was a guarantee that if
```

113

1   you had surgery that your eye would heal all better?

2       A    No.  But it was something better than what it

3   was doing if they tell me I'm not going to have an eye

4   in a couple months.  So I wouldn't take that risk if I

5   was going to lose it anyway.

6       Q    Did the eyedrops --

7       A    They told me that they could help me and that

8   that's what I needed.

9       Q    When you say "they," who are you talking

10  about?

11      A    The doctors up at UConn.

12      Q    Which doctors?

13      A    The doctors that were seeing me.  Every

14  doctor's name is on the papers that gave -- that they

15  returned when they diagnosed me as having any problems

16  with my eyes that wrote what they diagnosed for that

17  day when I went to see them.  And each one of them told

18  me that they -- that surgery was required and that they

19  could take care of it as soon as the pressure is down

20  because it's too risky for them to try, the laser

21  surgery could blow out the other eye because of the

22  pressure.  The pressure was -- stayed high here.  And

23  by me having high blood pressure it was a risk, too.

24          But they did get the eye pressure down a

25  couple times, so the doctor at UConn -- Osborn told me,

1    but they just never sent me back.  They wait until it

2    built back up again, I guess the pressure keep going

3    back up, going back up.  A lot of slips they give me

4    back on my requests was telling me that we're waiting

5    for an appointment, we're waiting for an appointment.

6          Q    How many doctors did you see at UConn?

7          A    Two.

8          Q    Dr. Serafini?

9          A    No, three.  Three.  I seen the doctor that

10   takes the pictures and everything in the back and he

11   gave me the tests and whatnot.  Then I seen a Chinese

12   lady that works up there.

13         Q    Do you know her name?

14         A    No, I don't.  I only seen her a couple times.

15   And then the other doctor that works with me all the

16   time, little short doctor that sees me all the time

17   when I go there.

18         Q    And that's Dr. Serafini you think?

19         A    I guess that's his name.  Whatever.  Anyway,

20   he apologized for Osborn, he said, because there is

21   nothing he could do until they got -- the way the

22   system is set up with the review board and all that

23   stuff.  He said they okay it we're in good shape.

24         Q    From the day that you lost your sight you

25   told me a month before that you had pain and you had

1   vision problems and two months before that you had

2   about the same pain and same vision problems?

3        A    Yes, about that.  It was getting worse

4   because every time -- I might have went to UConn twice

5   before the last time that I -- last two times I went

6   there they told me that it was getting worse.

7        Q    Okay.

8        A    They told me it was getting worse.  Every

9   time I go there they would check my blood pressure,

10  they would check my eye pressure and they would give

11  me -- they give another shot of -- to my eye.

12       Q    So that they could do a test?

13       A    Right.

14       Q    Let's go three months before you lost your

15  sight.  Was it about the same as the two months?

16       A    About the same, yes.  My pain constantly

17  stayed in my eye.  It stayed in my eye.  It stayed in

18  my head, stayed in my eye.  Then I was really having

19  trouble seeing.  My vision was getting real bad.

20       Q    So it was about the same one month before?

21       A    I complained -- a couple months it was about

22  like the same, you know.  It just kept going.  It was

23  the head pain, the eye pains, the pressure.  They told

24  me it was the pressure up around there that was

25  swelling.  The doctor used a medical terms which I

116

1    don't even remember, but he was explaining to me what

2    was going on and why I had that constant pain.

3        Q    Which doctor?

4        A    The doctor in Osborn.  And then the doctors

5    at UConn told me that that was what was happening.  He

6    told me this is why you need -- we need to get you

7    straight.

8        Q    Dr. Serafini said that?

9        A    Right.  Told me -- they seemed like they were

10   trying to help me up in UConn.  They really seemed like

11   they tried -- were trying to help me.  But it seemed

12   like there was a hold up on Osborn because of the

13   medical -- I mean whatever their procedures are with

14   their board or directors or whatever.

15       Q    Okay.  So seemed like Dr. Serafini was trying

16   to help you?

17       A    That's what it seemed like.

18       Q    Let's go from the day you found out you lost

19   your sight you told me about the three months back a

20   lot of pain and about the same amount of vision

21   problems.  Would the answer be same if you go four

22   months before?

23       A    About that.  I had a long time -- I'd say

24   about a year.

25       Q    About a year it was the same?

117

1       A     About a year it just like was -- just

2    climbing up.  Just about a year.  Like every day --

3    like I can't say every day it goes worse and worse day

4    by day, but it seemed like in a period of me like doing

5    push-ups trying to keep myself doing something, you

6    know, active and looking at the television in the

7    evenings, that's how I noticed it started getting bad

8    looking at TV.  I don't read a lot, but I was writing a

9    lot so I was like writing with the letter -- with the

10   glasses that they prescribed for me at Osborn, but I

11   sometimes -- the letters would like come and go at me

12   like that.  And I have to look back like this here and

13   I can see real good with this eye.

14       Q     The right eye?

15       A     Yes.  This eye I would have to read the

16   letter like this because this eye here was really

17   blurry.

18       Q     Your left eye?

19       A     Yes, left eye.  Sometimes for the heck of it,

20   see how bad my eye, test myself.  I would throw my hand

21   over it like here and then look at the letter and I

22   couldn't see nothing, even with the glasses.

23       Q     And how long --

24       A     Just see like a white paper with print on

25   it.

118

1       Q     How long was that happening before January

2   9th, 2000?

3       A     Months.  I'd say months.  That's how I really

4   would notice by covering my eye up and trying to look

5   out what I could see with glasses and without the

6   glasses.

7       Q     What about if you weren't looking at a paper

8   but you were looking at somebody across the room, did

9   you ever cover up your right eye and see what you could

10  see out of your left eye?

11      A     Yes.  Just blurry sometimes.  But it would

12  come and go.  Like it would come and go, like I

13  couldn't stare at something then light started

14  bothering me.  The light in the dayroom when we watch

15  TV, the glare would bother me.  Then going outside in

16  the rec yard, the sun would start bothering me.

17      Q     Right eye and left eye?

18      A     Both eyes.  But the left eye more so.  And I

19  would get headaches, you know, so I would have to go

20  out and they wouldn't let you -- we didn't have no

21  sunglasses up there but they told me they would get me

22  a pair, so the doctor finally did.

23      Q     Did you -- did they keep giving you eyedrops

24  all this time?

25      A     Eyedrops and Motrin.

119

```
 1        Q     And did the eyedrops help?

 2        A     I don't know really was it helping.  As far

 3   as this eye was concerned, I guess it preserved this

 4   eye pretty good.

 5        Q     Right eye?

 6        A     Right eye.  It preserved my right eye I

 7   imagine, but for this eye here it was worsening.  I

 8   guess it was worsening because it wasn't doing

 9   anything.  It was getting worse.  I could feel it

10   getting worse.  They were telling me it's getting worse

11   according to what they were doing with these picture

12   shots they got.  So it really was getting worse.  And

13   my vision started really going, so I was mostly relying

14   on my right eye to see whatever I could see.  But like

15   I say, when light come in, sun and lights, it would

16   hurt.

17        Q     Okay.  So the drops you believe helped your

18   right eye, right?

19        A     I imagine so, yeah.

20        Q     But your left eye you don't think they

21   helped?

22        A     No.

23        Q     Sometimes the pressure got better, though,

24   right?

25        A     He would tell -- excuse me, the doctor in
```

120

1   UConn would tell me the pressure went down, because he

2   was keeping records of my pressure up and down.  You

3   know, he was keeping a record.  So he would tell me --

4   sometimes I go there, he would say, Well, it went down

5   some, Sam.  It should go down a little bit more.  So I

6   says, Then what happens?  He said, We'll get you back

7   to UConn.

8       Q    Did the drops ever bother your eye, irritate

9   it, either eye?

10      A    No.

11      Q    Did you ever tell the people there that they

12  bothered your eye?

13      A    The eyedrops?

14      Q    Yes.

15      A    Uh-uh.

16      Q    Did you always follow all the instructions to

17  put the drops in your eye?

18      A    Yes.  It wasn't nothing to follow.  That was

19  routine for me.  When I get up and brush my teeth and

20  wash my face I put an eyedrop automatically in my eye.

21  And then one time I went just like I understand it

22  didn't take my medication as prescribed, I had waited

23  two weeks to get eyedrop medication because they had to

24  send out for it, had to wait almost two weeks to get

25    the medication.

121

1        Q    That happened one time?

2        A    Yeah.  And they gave me a substitute eyedrop

3    for that.  I had to wait almost two weeks.  They had to

4    send out and have it sent to them.

5        Q    But in the meantime --

6        A    This is what I was told.

7        Q    But in the meantime they gave you a

8    substitute eyedrop?

9        A    Yes.  That's what it was.  So I don't know

10    what difference it would make anyway.

11        Q    Did any nurse ever tell you we don't think

12    you're taking your eyedrops?

13        A    Yeah.

14        Q    Which nurse told that you?

15        A    That little white headed nurse that hates --

16    seems like she hates everybody.  She says, You're not

17    taking -- I said, What do you mean I'm not taking?  I

18    take my -- that's what she put down on the report.  I

19    said, What do you mean I'm not taking my eyedrops?  I

20    said, Where's all the medication that you're giving me,

21    the eyedrops, where is it going?  Here's the empty

22    bottles.  What am I doing, pouring the bottles out?

23    I'm going blind.  I'm going to take my eyedrops.  The

24    only hope I got, or they give me, and dump it out?

25    What am I, selling eyedrops or something in prison?   I

122

1    mean --

2         Q    Who is this nurse?   Is it Nurse

3    Wollenhaupt?

4         A    Pardon me?

5         Q    Do you know the nurse's name, sir?

6         A    No.   I don't remember her name.   They just

7    call her Whitehead over there.   That's what the inmates

8    call her, Whitehead.

9         Q    That's nice.

10        A    I know.   That's what I'm saying, they call

11    her Whitehead.

12        Q    But is she the head nurse, do you know?

13        A    Yes.   I believe she is.

14        Q    Did any other medical person ever tell you

15    that they didn't think you were taking your drops

16    besides this nurse?

17        A    No.

18        Q    No doctor ever told you that?

19        A    No.   A doctor asked me one time, he said, You

20    taking your eyedrops?   I said, Yes, sir.   I used to get

21    my eyedrops in the medical line.   They come down, give

22    me eyedrops every day.   I can't believe they said that.

23        Q    Did they ever tell you that from looking at

24    your eyes that they seemed like from looking in your

25    eyes that you weren't taking your drops?


123


1        A    My condition was worsening.  It wasn't

2    because I wasn't taking my eyedrops, because I was

3    taking my eyedrops.  This condition -- like the doctor

4    told me there the eyedrops was not going to prevent you

5    from going blind, Sam.  I was already told that.  They

6    were aware of it --

7        Q    So the eyedrops weren't really helping the

8    pressure in your eye go down?

9        A    No.  Well, the doctor said it was going down

10   but I still feel that pain.  Once in a while with the

11   Motrin, I imagine it was the Motrin that I was

12   taking really helped the pain in my eye.  I don't

13   believe it was the eyedrops.

14       Q    So the pressure?

15       A    I take a lot of Motrin.  I sometimes put

16   three in my mouth.  I didn't care, just got to get rid

17   of this pain in my eye.  It's unbearable.

18       Q    So you think the pressure stayed high in your

19   eye?

20       A    Yes.

21       Q    Did you ever take any medicine for emotional

22   issues?

23       A    Uh-huh.

24      Q    What medicines did you take?

25      A    They gave me some medication one time.  They

124

1    cut me off with it, cut me off.  I forgot what it was.

2    Just to calm me down or something they said.  I don't

3    know what it was.  I don't know what kind of medication

4    it was.

5        Q    Was it after the -- did they give you the

6    medicine after you lost sight in your eye?

7        A    Yes, they gave it to me maybe about a week

8    before I really lost sight in my eye.  I was kind of --

9    you know, I was getting rowdy.  I was to the point

10   where I didn't care no more.  I thought the worse thing

11   in the world was going blind.  I didn't know if I was

12   going blind in both eyes or just one was going.  They

13   were scaring me by telling me that you -- there is a

14   possibility that blindness may occur permanently if you

15   don't get this operation.

16            So that's why I was like a pest.  Like I

17   guess the warden, everybody would say because I kept

18   just writing and asking and writing and asking and say

19   if you be quiet, you're not going to get nothing done.

20   Then they tell me, you got to get somebody on the

21   outside work for you, help you.

22       Q    Did Warden Strange ever saying anything to

```
23    you like you were a pest or anything like that?
24         A    No.  Not to my face.
25         Q    What about Warden Levester?
```

125

```
1         A    No.  He's sort of militant towards blacks.
2    But he's black his self.
3         Q    Yes, I know.  What do you mean he's a
4    militant?
5         A    Militant.
6         Q    What do you mean by that?
7         A    Seems like he don't help nobody.  He's just
8    there for the system and everything has got to be by
9    the book and he --
10        Q    You're not claiming any race discrimination
11   in this case?
12        A    I believe so.
13        Q    You do?
14        A    With him.  I believe so.  I don't know.
15   Maybe I look different in his eyesight.  Maybe I'm a
16   different color, but I don't understand him --
17        Q    You think Warden Levester was racist?
18        A    I don't know what his problem was, but it
19   seemed I couldn't even talk to him about my medical
20   needs.  He didn't like want to hear them.  He was like
21   more or less pushing me away and well, okay, you put a
22   request in.  You know, always pushing me.  Didn't want
```

23    to hear it.  Him or the captain that worked there, they

24    didn't want to hear it, you know.

25             They already had told me, already told my

                                                                126

1     daughter I was fine.  I wasn't going blind.  They told

2     my daughter that.  And the captain that was there and

3     him, they already said that I had a preexisting injury

4     when I came, when I was incarcerated, and then they're

5     not responsible for that.

6         Q    They told who that?

7         A    Yeah, they told me that.  And they said they

8     doubt very much if I get -- if they would spend any

9     money for operation.  They said they doubt it very

10    much.  I was told that to my face.  So that's why I

11    wanted to get out of there and that's why I called my

12    daughter.  She tell you the same thing.  Same thing.

13    She talked to him twice, because the first time she

14    talked to him she was asking him why I can't get help

15    and whatnot.  He said he'll get right into and look

16    into it.

17             Then the second time she called back and he

18    told her he looked into it and that I'm doing fine and

19    there is nothing wrong with my sight.

20        Q    Okay.  What -- so a week beforehand they gave

21    you some medicine to calm you down?

22     A    Yes.

23     Q    I'm going to say some names.  You tell me if

24   any of them sound -- Prozac, did they give you

25   Prozac?

127

1     A    Yes, it sounds --

2     Q    You think it's Prozac?

3     A    Sounds like that.

4     Q    Or Paxil or Prolantin?

5     A    I think Prozac sounds --

6     Q    Do you remember what color it was or

7   anything?

8     A    I don't know.

9     Q    Do you remember how often a day you took

10   it?

11     A    No.  I don't remember.  I know it was

12   something like that.  The guys telling me, Man, I'm

13   taking bug-out pills.  They try to make you lose focus.

14   What's wrong with you?

15     Q    The other inmates tell you that?

16     A    Yes.

17     Q    So did you follow --

18     A    No, they didn't give me that much.  One pill

19   they gave me was making me sick, nauseous to my

20   stomach.  So they took me off them.

21     Q    You don't know what that was?

22        A     The doctors took me off them.

23        Q     Was that before you lost your sight or

24   afterwards in your left eye?

25        A     That was before.  They took me off them.


                                                         128


 1   They --

 2        Q     And then once you were discharged on the

 3   outside from prison, did you ever take anything for

 4   your nerves or calm you down or anything?

 5        A     No.

 6        Q     Did you ever seek help?

 7        A     I was so glad -- no.  I was so glad to be

 8   free, you know.  I just trying to just deal with this

 9   here now, with this here seeing and be able to try to

10   get me a job and work again and go on with my life.  I

11   mean, that -- it was a lesson being incarcerated, okay.

12   It was a lesson being incarcerated.  But no, I didn't

13   see anybody.  Was nobody seen about this problem here,

14   you know.  Psychiatric part of it, like a shrink or

15   something like that, no.  I thought I had myself

16   together enough at least to get out there and try to be

17   productive for my son.  He's five years old now and I'm

18   doing good just being a father, you know, being able to

19   take care of him.

20        Q     Did you seek any counseling when you were in

21    prison for any reason?

22         A    I don't know.  Did I?  Yes, I did.  Yes, I

23    did.  I seen a lady, I don't remember her name, and I

24    used to go down there.  She was a counselor and -- she

25    was a counselor in the psychiatric -- yes, I did.

                                                      129

1          Q    How often did you see her?

2          A    Once a day almost.

3          Q    Once a day?

4          A    When I could.  I think her name -- I forgot

5     her name.  I got it on a piece of paper at home.

6          Q    Why did you go see her?

7          A    Try to get me some help.

8          Q    Did she write any letters for you?

9          A    Yes, she did.  She talked to the warden and

10    she also talked to Mr. Gaudette about me and I was

11    ready to do something stupid.

12         Q    Were you there when she spoke to the warden

13    or Mr. Gaudette?

14         A    No, I wasn't there but she said she had spoke

15    to them and whatnot.

16         Q    And what did they tell her?

17         A    They was going to see what they could do to

18    get me some help.  And I told her almost every two days

19    or every one day for a while.  And all I was going to

20    her to try to get some help, you know?  I was going to

21    do something crazy.

22         Q    Is it your understanding that there was a

23    period of time after the time that the nurses were

24    drinking coffee and they wouldn't help you when you

25    felt you had completely lost sight in your left eye,

130

1    was there a period of time after that where your

2    understanding was that they could have reversed the

3    damage to that eye?

4         A    I believe that at least I could have -- they

5    could have -- I have a medical -- a record there from

6    the hospital.  I figured that out of three nurses on

7    duty, one of them could have at least took my -- I got

8    a record of high blood pressure.  If nothing else, so I

9    could believe that if a CO brought me down there and I

10    was sent by his superior, that they could have took a

11    minute to at least give me a blood pressure test, just

12    check my pulse or something, see if I was dying or

13    anything.  They didn't even want nothing -- they

14    refused to see me and told the CO to take me back to

15    lockup and for me to put a request in.

16         Q    But do you have any understanding that any

17    doctor gave you that for some period of time after that

18    day they could have restored the sight to your left

19    eye?

20     A     I don't know.  Maybe.  Possible.

21     Q     But no one ever told you that?

22     A     No.

23     Q     Okay.  Who is Maria Roundtree?  That's your

24 daughter?

25     A     That's my daughter.

                                                            131

1     Q     Okay.  And how many more -- besides the

2 inmate request and the letter that are here, I guess

3 there is two inmate request forms here and one letter,

4 right, that are attached to this Exhibit 1?

5     A     Yes.

6     Q     Aside from those, how many letters do you

7 have in -- or inmate request forms or any kind of

8 communication that you wrote or had someone write on

9 your behalf would you say there are?

10     A     Oh, I would say about --

11     Q     Not how many did you write, sir, how many do

12 you have at home?

13     A     Oh, I don't know.  I have to go look and pull

14 my trunk out.  I got some, though.  I should have quite

15 a bit more.  I wrote every day.  So I should have some

16 more papers.  A whole lot more.  Ones maybe I didn't

17 throw away.  I wrote to everybody.  I got their

18 signatures with every response, whatever they told me

19 on there.  Everything always came back and said, We're

20    waiting for this.  We're waiting for this.  Waiting for

21    that.  But I was promised all the time I would get

22    help.  That's what kept me, I guess, going.  Then when

23    it didn't come, I would get furious.  But I always

24    tried to conduct my conduct there so I wouldn't get a

25    ticket.

                                                            132

1         Q    You never did get a ticket, did you?

2         A    No, ma'am.  Twenty-seven months, never got a

3    ticket for nothing.  Anything.  And like I said, I did

4    do something -- some good merits in there.  I did get

5    an anger management program and I got a certificate of

6    accomplishment on that.  So I did do something while I

7    was there correct.  Went to church.

8         Q    So you're saying you have some letters that

9    people wrote back to you, you have some of those in

10   your possession?

11        A    I should have.

12        Q    And I'm going to state again on the record

13   that those have been requested.

14             Other than that time that you fell on the

15   bottle, did you ever have any head injury?

16        A    Head injury?

17        Q    Yes, sir.  Any time you hurt your head?

18        A    I had a creased scalp one time.  A shot.

19     Q     You got shot in your head?

20     A     Well, a creased scalp.  I had a -- I had a

21     wound, a scalp wound.

22     Q     What caused it?

23     A     A gunshot.

24     Q     Where?

25     A     This is when I was young.  In a stickup.

                                                          133

1     Somebody shot a gun and it creased off my scalp here.

2     I don't know what happened.  All I know is I ended up

3     in the hospital.

4     Q     When you say a crease, you mean a wrinkle?

5     A     I got shot.

6          MS. BROOKS:  You mean the bullet grazed

7     your head?

8          THE WITNESS:  Yes, ma'am.

9     A     It grazed my head.  That was when I was real

10     young.

11     BY MS. WITTENBRINK:

12     Q     And is that what caused you to have

13     seizures?

14     A     That's what triggered it off.  I was on

15     Dilantin for a long time.  But I finally beat that

16     down.  They said I had to take it the rest of my life,

17     but I didn't.  That keep me like nauseous when I

18     working on heights, I take Dilantin when I'm high up on

19    a high elevation.  It makes me feel sometimes wild and

20    stuff.  After a couple years I stop taking them and I

21    came out of it.  All of a sudden it was good.

22        Q    How many seizures did you have?

23        A    I had maybe four in the period of time.

24        Q    And how old were you?

25        A    Nineteen, 20.

134

1        Q    When they talked about the damage to your

2    optic nerve, was that damage to the nerve in the eye or

3    just somewhere in your head?

4        A    In the eye.

5        Q    They said you had damage to the nerve in your

6    eye.

7        A    Right.

8        Q    Did you ever have any or injury to that eye

9    in your life?

10        A    No.

11        Q    Did you ever wear glasses other than when you

12    gave -- got the reading glasses in corrections?

13        A    No.  Just sunglasses.  No.

14        Q    Did you ever get your eyes checked before you

15    went to prison?

16        A    Yes.  Motor vehicle eyes checked there,

17    examination, have my eyes checked, you know, with the

18    old -- where, you know, put your thing there, What

19    letter is that?  What shape is the A?  Up, down.  That

20    kind of stuff.

21        Q    Did they ever tell you the glaucoma was

22    related to the high blood pressure?

23        A    No.

24        Q    Did you actually have a heart attack when you

25    were in prison or just you had some episode related to

135

1    your heart?

2        A    I had an episode related to my heart.  I

3    don't know what happened.  Just the pain here and I

4    couldn't catch my breath and just like a sharpness,

5    just grabbed me.  Just grabbed me.  I couldn't like

6    hardly move.  It was like my body was paralyzed.  My

7    arm here was like thumping like this here.  So they put

8    me on a stretcher, rushed me to Lawrence Memorial.

9    Took some tests.

10        Q    Have any of your dependents ever received any

11    state aid, any of your children?

12        A    Not that I know of.  When I went to be

13    incarcerated with my son, she filed for, I guess,

14    support, child support.  But while I was living with

15    her I was helping her out with her kids, with her other

16    kids and my own son.  I always took care of my own son.

17    Ain't no child of welfare.

18        Q     Like food stamps or Title 19?

19        A     No.  I work.  I don't get no food stamps.

20   No, ma'am.

21        Q     But when you were in prison --

22        A     When I was in prison.

23        Q     -- they got some help?

24        A     When I was in prison she went and got some

25   help.  Plus she -- I had to take a DNA while I was in

                                                          136

1    prison to see if it was my son or not.

2         Q     But you never had to take DNA for a sex

3    offense, did you?

4         A     Pardon me?

5         Q     They only took the DNA for paternity?

6         A     For my son.

7         Q     Not related to a sex offense?

8         A     No, ma'am.

9         Q     There was something -- I thought that was

10   wrong -- in your chart.  It was wrong, but I just

11   wanted to check that.

12        A     Oh, fix that up, please.

13        Q     Well, now it makes sense.  It was for

14   paternity.

15              Did you ever have any other conversations

16   with that nurse?

17        A     Yes.

18        Q     What did she tell you?

19        A     Told me she was going -- that they were

20   going -- she asked me a couple times, What did they say

21   at UConn when I went.  And I told her.  And I said,

22   This pain in my eye.  She said, Well, I can give you

23   some Motrin.  She told me one time write a request for

24   her and I was telling her what was going on and whatnot

25   and she would get me to see the doctor there in -- not

137

1    UConn, but the doctor there.  She would like get me in

2    the next time he comes in that she would have me right

3    in there to see him.  That's the best I guess she could

4    do.  And he was the one that was sending me to UConn.

5         Q     Who sent you to UConn?  Do you have any

6    recollection of the name?

7         A     Dr. Smyth and John Dixon was supposedly

8    behind it.  Between them two, they were supposed to be

9    working to get me some help, so I was informed.

10        Q     Sir, other than that one question that we

11   have to resolve, I don't believe I have any further

12   questions for you at this point.

13             MS. BROOKS:  I have no questions.

14             MS. WITTENBRINK:  Thank you.

15

16             (The deposition concluded at 1:43 pm.)

17

18

19

20

21

22

23

24

25

138

1                    J U R A T                    BAC

2

3

4

5

6

7

8

9

10                    _____

11                    SAMUEL BOWENS

12

13

14

15

```
16                      Subscribed to and sworn before me

17   on this _____ day of _____,

18   2004.

19

20

21

22

23

24   My Commission Expires:

25
```

139

```
1                        E R R A T A

2
       I,_____, do hereby certify that the
3   following corrections and additions are true and
    accurate to the best of my knowledge and belief.
4
5   CORRECTION                 PAGE      LINE      REASON

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____
```

```
16  _____

17  _____

18  _____

19  _____          _____

20  DATE                        SAMUEL BOWENS

21

22      At_____ in said County of _____,

23  this _____ day of _____, 2004, personally

24  appeared _____, and he made oath to the

25  truth of the foregoing corrections by him subscribed.
```

140

```
1                  STATE OF CONNECTICUT

2       I, Bethany A. Carrier, LSR 071, a Notary Public,

3   duly commissioned and qualified in and for the State of

4   Connecticut, do hereby certify that pursuant to Notice,

5   there came before me on the 3rd day of February, 2004,

6   the following-named person, to wit:  SAMUEL BOWENS, who

7   was by me duly sworn to testify to the truth and

8   nothing but the truth; that he was thereupon carefully

9   examined upon his oath and his examination reduced to

10  writing under my supervision; that this deposition is a

11  true record of the testimony given by the witness.

12      I further certify that I am neither attorney nor

13  counsel for nor related to nor employed by any of the

14  parties to the action in which this deposition is
```

15    taken, and further that I am not a relative or employee

16    of any attorney or counsel employed by the parties

17    hereto, or financially interested in this action.

18        IN WITNESS THEREOF, I have hereunto set my hand
      this _____ day of _____, 2004.
19

20

21                        _____
                                Bethany A. Carrier
22                              Notary Public

23
      My Commission Expires:
24    October 31, 2008

25

                                                          141


 1              Bethany A. Carrier
             Brandon Smith Reporting Service
 2                44 Capitol Avenue
             Hartford, Connecticut  06106
 3                (860) 549-1850

 4

 5
      February 22, 2004
 6
      Elizabeth Brooks, Esq.
 7    Williams and Pattis, LLC
      51 Elm Street
 8    NEw Haven, Connecticut  06510

 9
      Dear Ms. Brooks:
10

11
      Enclosed, please find your copy of the deposition of
12    SAMUEL BOWENS, taken on February 3, 2004.

13    The jurat and errata sheets are enclosed. Please note
      the witness has 30 days to read and sign the
14    transcript, as the rules provide.

15  After the jurat and errata sheets have been signed,
    send those sheets only to Attorney Wittenbrink for
16  filing, along with a copy to all counsel present.

17  If you have any question, please don't hesitate to
    call.
18
    Sincerely,
19

20  Bethany A. Carrier

21

22
    cc:  Lynn D. Wittenbrink, Esq.
23

24

25

                                                            142

1

2

3    CASE NAME:          SAMUEL BOWENS,

4                              -vs-

5                        MARK STRANGE, et al.,

6

7    DEPONENT NAME:      SAMUEL BOWENS

8

     DATE TAKEN:         February 3, 2004.
9

10

11

12
     __XX___   Original transcript enclosed in
13             protective sealed white envelope.

```
14
          _____     Exhibits attached to original
15              transcript.

16

17       __XX_____   Reading and signing not waived.

18

19

20                    _____
                         Bethany A. Carrier
21                       Court Reporter

22

23

24

25
```