FILED

2004 NOV -9 P 12: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMUEL BOWENS               :

VS.                         :        NO. 3:03CV400(CFD)

MARK W. STRANGE,            :
Unit Manager GAUDET,        :        NOVEMBER 8, 2004
FRED SERAFINI, M.D.,        :
NELVIN A. LEVESTER,         :


## REPLY TO MOTION FOR SUMMARY JUDGMENT

The plaintiff concedes that he cannot prevail in this action. The motion for summary judgment may be granted without objection.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Lynn D. Wittenbrink, Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

JOHN R. WILLIAMS