UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMUEL BOWENS,        : | |
|     Plaintiff,        : | |
| : | Civil Action No. 3:03 CV 400 (CFD) |
| v.        : | |
| : | |
| MARK STRANGE, ET AL.,        : | |
|     Defendants.        : | |

### RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants have filed a motion for summary judgment in this case, alleging that the plaintiff's case is insufficient as a matter of law. In response, the plaintiff "concede[d] that he cannot prevail in this action" and that "the motion for summary judgment may be granted without objection." See Doc. # 46.

In light of plaintiff's assertions, the defendants' motion for summary judgment [Doc. # 42] is GRANTED. The Clerk is directed to close this case.

So ordered this _27th_ day of September 2005 at Hartford, Connecticut.

        ___/s/ CFD_____
        **CHRISTOPHER F. DRONEY**
        **UNITED STATES DISTRICT JUDGE**