UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMUEL BOWENS

        v.                         CASE NO. 3:03CV400(CFD)

MARK STRANGE, Unit Manager
GAUDET FRED SERAFINI, M.D.
NELVIN A. LEVESTER

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law and having filed a Ruling granting the motion absent objection, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 28th day of September, 2005.

                        KEVIN F. ROWE, Clerk

                        By _____
                           Devorah Johnson
                           Deputy Clerk

EOD_____